## CERTIFICATE OF RESOLUTIONS

I, Vivianne Antunes, managing member of BAV AUTO, LLC dba Costa's Auto Gallery, a New Jersey Limited Liability Company (the "Company") hereby certifies that at a special meeting the Company duly called and held on October 6, 2022, the following resolutions were duly adopted in accordance with the requirements of New Jersey law and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

**IT IS RESOLVED,** that, in the judgment of the managing member of the Company, it is desirable and in the best interest of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of the Chapter 11, subchapter 5, of title 11 of the United States Code (the "Bankruptcy Code");

**AND IT IS FURTHER RESOLVED,** that the managing member of the Company is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of New Jersey as such time as said officer executing same shall determine;

**AND IT IS FURTHER RESOLVED,** that Steven D. Pertuz, Esq., of the Law Offices of Steven D. Pertuz, LLC, of 111 Northfield Avenue, Suite 304, West Orange, New Jersey 07052 is hereby retained as attorney for the Company in the Company's Chapter 11 case, subject to bankruptcy court approval;

**AND IT IS FURTHER RESOLVED,** that the managing member of the Company is hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in that connection, to employ and retain legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which is deemed necessary, proper, or desirable in connection with the

Company's Chapter 11 case, with a view to the successful prosecution of such case;

**AND IT IS FURTHER RESOLVED**, that the appropriate member of the Company is hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such officer shall be or become necessary, proper and desirable to effectuate a Chapter 11, subchapter 5, reorganization or liquidation of the Company's business;

**AND IT IS FURTHER RESOLVED**, that, any and all past actions heretofore taken by the members of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions are ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, I have hereunto set my hand this 6th day of October, 2022.

By: /s/ Vivianne Antunes
VIVIANNE ANTUNES
Title:  Managing Member
BAV AUTO, LLC
Dba Costa's Auto Gallery