| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**DUANE MORRIS LLP**<br>Drew S. McGehrin (DSMcGehrin@duanemorris.com)<br>30 S. 17th Street<br>Philadelphia, PA 19103<br>215.979.1000 (Telephone)<br>215.979.1020 (Facsimile)<br><br>*Attorneys for Vero Finance Technologies, Inc.* |

| | |
|---|---|
| In re:<br><br>BAV AUTO, L.L.C.<br><br><br>Debtor. | Chapter 11<br><br>Case No. 22-17933 (JKS)<br><br>Honorable John K. Sherwood |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Drew S. McGehrin of Duane Morris LLP hereby appears in the above-referenced chapter 11 case as counsel for Vero Finance Technologies, Inc., d/b/a Lever Auto ("Vero"), and, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 9007 and 9010, and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that copies of all notices and pleadings given or filed in this case be given and served upon counsel at the following addresses and contact information:

Drew S. McGehrin, Esq.
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
Email: DSMcGehrin@duanemorris.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases or the rights of Vero.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of Vero including, without limitation (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Vero is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.  This Notice of Appearance is also not intended, and shall not be deemed or construed, to be a consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or the Federal Rules of Civil Procedure.

Dated: October 7, 2022

**DUANE MORRIS LLP**

*/s/ Drew S. McGehrin*
Drew S. McGehrin, Esq.
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
Email: DSMcGehrin@duanemorris.com

*Attorneys for Vero Finance Technologies, Inc.*