**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

**IN RE:**                                                                                          Case No. _____

**BAV AUTO, L.L.C.**_____    Chapter **11**_____
                                    Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that on **October 13, 2022**_____, a copy of **Retention Application Of Steven D. Pertuz, LLC, as Counsel For** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

 

Respectfully submitted,
**BAV AUTO, L.L.C.**


***/s/ Steven D. Pertuz***_____
**Steven D. Pertuz 008542001**
**The Law Office of Steven D. Pertuz, LLC**
**111 Northfield Ave Ste 304**
**West Orange, NJ  07052-4703**
**(973) 669-8600  Fax: (973) 669-8700**
**pertuzlaw@verizon.net**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**BAV AUTO, L.L.C.**
80 Columbia Ave
Kearny, NJ  07032-2948

**Arsenal Funding Corp.**
8 W 36th St Fl 7
New York, NY  10018-9774

**Auction Credit Enterprises, LLC**
14951 Dallas Pkwy Ste 200
Dallas, TX  75254-6883

**Auction Credit, Inc.**
14951 Dallas Pkwy Ste 200
Dallas, TX  75254-6883

**Automotive Finance Corp. of NJ**
200 N Main St
Manville, NJ  08835-1357

**Cloudfund LLC**
400 Rella Blvd Ste 165-101
Suffern, NY  10901-4241

**Dealer Capital Group, Inc.**
67 Crystal St
Avenel, NJ  07001-1125

**Drew S. McGehrin, Esq.**
Duane Morris, LLP
30 S 17th St
Philadelphia, PA  19103-4001

**Fox Business Funding**
1920 E Hallandale Beach Blvd Ste 503
Hallandale Beach, FL  33009-4723

**Kinetic Advantage Inc.**
10333 N Meridian St
Indianapolis, IN  46290-1150

**Lever Auto Financing**
287 Park Ave S Ste 700
New York, NY  10010-5413

**Manheim NY Metro Skyline, Inc.**
100 US Highway 46
Fairfield, NJ  07004-3217

**Mark Politan, Esq.**
Politan Law, LLC
88 E Main St # 502
Mendham, NJ  07945-1832

**Nextgear Capital, Inc.**
11799 N College Ave
Carmel, IN  46032-5605

**Proventure Capital**
99 Wall St # 576
New York, NY  10005-4301

**River Capital Partners, LLC**
1 River Rd Ste 200
Cos Cob, CT  06807-2755

**Westlake Flooring Services, Inc.**
4751 Wilshire Blvd Ste 100
Los Angeles, CA  90010-3847