**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

BAV AUTO L.L.C.

Case No.: 22-17933

Hearing Date: 11/22/2022

Chapter: 11 (Small Business Subchapter V)

Judge: John K. Sherwood

## NOTICE OF STATUS HEARING

You are hereby notified of a hearing before the Honorable John K. Sherwood, United States Bankruptcy Judge.

**Reason for Hearing:** Status Conference

**NOTE:** In accordance with 11 U.S.C. § 1188(c), a status report must be filed by the debtor not later than 14 days before the date of the initial status conference. Mandatory *Local Form Subchapter V Status Report* can be found at www.njb.uscourts.gov under the "forms" tab.

**Location of Hearing:** Courtroom No. 3D
U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

**Date and Time:** November 22, 2022 @ 10:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES ARE REQUIRED**

DATE: October 14, 2022

JEANNE A. NAUGHTON, Clerk

By: /s/ Zelda L. Haywood
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 14, 20 22 this notice was served on the following:

Debtor, Debtor's Counsel, Sub Chap V Trustee and United States Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Zelda L. Haywood
Deputy Clerk

*new.2/19/2020*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17933-JKS |
| BAV AUTO L.L.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

**Recip ID         Recipient Name and Address**
db              + BAV AUTO L.L.C., 80 Columbia Avenue, Kearny, NJ 07032-2948

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2022            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Drew S. McGehrin | on behalf of Creditor Vero Finance Technologies Inc. dsmcgehrin@duanemorris.com |
| Mark Politan | mpolitan@politanlaw.com |
| Steven D. Pertuz | on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net G16461@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4