UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

Order Filed on October 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BAV AUTO, L.L.C.
aka Costa's Auto Gallery

Case No.: 22-17933 (JKS)

Chapter: 11

Judge: John K. Sherwood

## ORDER AUTHORIZING RETENTION OF

Steven D. Pertuz, LLC

The relief set forth on the following page is **ORDERED**.

**DATED: October 28, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Steven D. Pertuz, LLC_____
as _____Attorneys for the Debtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the bankruptcy petition was filed with the Court, nunc pro tunc.

*rev.8/1/15*