# United States Bankruptcy Court
### District of New Jersey, Newark Division

In re  __BAV AUTO, L.L.C.__                                    Case No. _____

                                    Debtor(s)        Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Vivianne C. Antunes<br>80 Columbia Ave<br>Kearny, NJ 07032-2948 | Owner,<br>Managing<br>Member | 100 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the Limited Liability Companynamed as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __October 31, 2022__                Signature  __/s/ Vivianne C. Antunes__
                                        __Vivianne C. Antunes__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

**IN RE:**                                                    Case No. _____

BAV AUTO, L.L.C.                                          Chapter **11** _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **October 31, 2022** _____    Signature: */s/ Vivianne C. Antunes* _____
                                                    **Vivianne C. Antunes, Managing Member**                Debtor


Date: _____    Signature: _____
                                                                                Joint Debtor, if any

Software Copyright (c) 2022 CINGroup - www.cincompass.com

131 Union Street LLC
131 Union St
Newark, NJ  07105-1346


American Express
PO Box 981535
El Paso, TX  79998-1535


Arsenal Funding Corp.
8 W 36th St Fl 7
New York, NY  10018-9774


Auction Credit Enterprises, LLC
14951 Dallas Pkwy Ste 200
Dallas, TX  75254-6883


Automotive Finance Corp. of NJ
200 N Main St
Manville, NJ  08835-1357


Capital One Bank
PO Box 30281
Salt Lake City, UT  84130-0281


Chase Card
PO Box 15298
Wilmington, DE  19850-5298

Cloudfund LLC
400 Rella Blvd Ste 165-101
Suffern, NY  10901-4241


Dealer Capital Group, Inc.
67 Crystal St
Avenel, NJ  07001-1125


Drew S. McGehrin, Esq.
Duane Morris, LLP
30 S 17th St
Philadelphia, PA  19103-4001


Ernesto Gonzalez
361 S Broad St
Elizabeth, NJ  07202-3515


Fox Business Funding
1920 E Hallandale Beach Blvd Ste 503
Hallandale Beach, FL  33009-4723


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326


Jaclyn Sage
Manager of Collections
10333 N Meridian St Ste 400
Indianapolis, IN  46290-1112

Jeremy M Dunn, Esq.
Automotive Finance Corporation
11299 N Illiniois St
Carmel, IN  46032


Jersey Express, LLC
23 Lake Dr
North Brunswick, NJ  08902-4828


Kinetic Advantage Inc.
10333 N Meridian St
Indianapolis, IN  46290-1150


Lever Auto Financing
287 Park Ave S Ste 700
New York, NY  10010-5413


Manheim NY Metro Skyline, Inc.
100 US Highway 46
Fairfield, NJ  07004-3217


Mark Politan, Esq.
Politan Law, LLC
88 E Main St # 502
Mendham, NJ  07945-1832


Nextgear Capital, Inc.
11799 N College Ave
Carmel, IN  46032-5605

NJ Division of Motor Vehicles
Business Licensing Services Bureau PO
PO Box 170
Trenton, NJ  08666-0170


NJ Division Of Taxation
PO Box 283
Trenton, NJ  08646-0283


Olympic Payroll Services
64 US Highway 46
Pine Brook, NJ  07058-9629


Proventure Capital
99 Wall St # 576
New York, NY  10005-4301


River Capital Partners, LLC
1 River Rd Ste 200
Cos Cob, CT  06807-2755


Santander Bank
Mail Code 10-421-CN2
PO Box 12646
Reading, PA  19612-2646


Santander Collections
450 Penn St
Reading, PA  19602-1011

Shanna Kaminski, Esq.
Kaminski Law PLLC
160 W Fort St Fl 5
Detroit, MI  48226-3700


Vivianne C. Antunes
80 Columbia Ave
Kearny, NJ  07032-2948


Westlake Flooring Services, Inc.
4751 Wilshire Blvd Ste 100
Los Angeles, CA  90010-3847

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

IN RE:                                                                    Case No. _____

**BAV AUTO, L.L.C.**                                                      Chapter **11** _____
                            Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____        Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                          the Social Security number of the officer,
                                                                  principal, responsible person, or partner of
_____        the bankruptcy petition preparer.)
                                                        (Required by 11 U.S.C. § 110.)
**X**_____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**BAV AUTO, L.L.C.**_____    **X** */s/ Vivianne C. Antunes*_____    10/31/2022
Printed Name(s) of Debtor(s)                         Signature of Debtor                         Date

Case No. (if known) _____    **X**_____
                                                     Signature of Joint Debtor (if any)              Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **BAV AUTO, L.L.C.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>**Estimated 2022 Gross Deposits, this includes all monies received from Merchant Cash Advance Lenders.**<br>☐ Other | **$5,500,000.00** |
| **For the fiscal year:**<br>From **1/01/2000** to **12/31/2000** | ■ Operating a business<br>**2020 and 2021 Taxes Have Not Been Prepared To Date.**<br>☐ Other | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or

| Debtor | BAV AUTO, L.L.C. | Case number *(if known)* |
|---|---|---|

cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Automotive Finance Corp.**<br>**200 N Main St**<br>**Manville, NJ 08835-1357** | **7 vehicles repossessed on petition date due to default.** | **10/6/22** | **$40,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<hr>

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<hr>

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<hr>

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | BAV AUTO, L.L.C. | Case number (if known) |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B  (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Law Office of Steven D. Pertuz, LLC**<br>**111 Northfield Ave Ste 304**<br>**West Orange, NJ 07052-4703** | **$15,000.00 for services** | | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Manager of Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any payments of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1<br>. | **Various Good Faith Purchasers** | **Debtor is reviewing its records to determine all vehicles sold out of trust which affect its Floorplan Lenders. Additional information on all vehicles sold out of trust shall be provided and this shall be updated accordingly.** | | **$0.00** |
| | Relationship to debtor<br>**Good Faith Purchasers** | | | |

---

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | BAV AUTO, L.L.C. | Case number *(if known)* | |
|---|---|---|---|

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **NONE** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **BAV AUTO, L.L.C.** _____    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| **2nd Auto Lot**<br>**361 S Broad St**<br>**Elizabeth, NJ 07201** | | **Debtor's 2nd Lot with vehicles.** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Debtor | BAV AUTO, L.L.C. | Case number *(if known)* | |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **HR Financial Services**<br>**308 Ferry St**<br>**Newark, NJ 07105-3503** | **Current Accountant/Bookkeeper** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **HR Financial Services**<br>**308 Ferry St**<br>**Newark, NJ 07105-3503** | |
| 26c.2.    **Alexandre J. DaCosta**<br>**80 Columbia Ave**<br>**Kearny, NJ 07032-2948** | **Debtor did not use QuickBooks or other bookkeeping software.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **BAV AUTO, L.L.C.**                                              Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vivianne C. Antunes | 80 Columbia Ave<br>Kearny, NJ 07032-2948 | **Sole Member/Owner of Debtor**<br>**Did Not Actively Manage Business** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alexandre J. DaCosta | 80 Columbia Ave<br>Kearny, NJ 07032-2948 | **Manager** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Adelino Costa | 708 Madison Ave<br>Elizabeth, NJ 07201-1212 | **CO-Manager oF Business** | **Left Business End of September 2022** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and

Debtor    **BAV AUTO, L.L.C.** _____    Case number _(if known)_ _____

correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 31, 2022** _____

**/s/ Vivianne C. Antunes** _____    **Vivianne C. Antunes** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to** _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ **(Official Form 207) attached?**

■ No
☐ Yes

| Fill in this information to identify the case: |
|---|

Debtor name **BAV AUTO, L.L.C.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 31, 2022**          X **/s/ Vivianne C. Antunes**
                                            Signature of individual signing on behalf of debtor

                                            **Vivianne C. Antunes**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **BAV AUTO, L.L.C.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY, NEWARK DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **131 Union Street LLC 131 Union St Newark, NJ 07105-1346** | | **Trade debt** | | | | **$400,000.00** |
| **American Express PO Box 981535 El Paso, TX 79998-1535** | | **Trade debt** | | | | **$18,000.00** |
| **Arsenal Funding Corp. 8 W 36th St Fl 7 New York, NY 10018-9774** | | **Trade debt** | | **$55,000.00** | **$3,322.00** | **$52,800.00** |
| **Auction Credit Enterprises, LLC 14951 Dallas Pkwy Ste 200 Dallas, TX 75254-6883** | | **Trade debt** | | **$157,193.00** | **$34,022.00** | **$124,293.00** |
| **Automotive Finance Corp. of NJ 200 N Main St Manville, NJ 08835-1357** | | **Trade debt** | | **$436,409.65** | **$69,822.00** | **$369,909.65** |
| **Capital One Bank PO Box 30281 Salt Lake City, UT 84130-0281** | | **Trade debt** | | | | **$7,000.00** |
| **Chase Card PO Box 15298 Wilmington, DE 19850-5298** | | **Trade debt** | | | | **$60,000.00** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **BAV AUTO, L.L.C.** | | | Case number *(if known)* | | |
|--------|----------------------|--|--|--------------------------|--|--|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cloudfund LLC**<br>**400 Rella Blvd Ste**<br>**165-101**<br>**Suffern, NY**<br>**10901-4241** | | **Trade debt** | | $90,000.00 | $1,122.00 | $88,878.00 |
| **Dealer Capital Group, Inc.**<br>**67 Crystal St**<br>**Avenel, NJ**<br>**07001-1125** | | | | $140,000.00 | $622.00 | $140,000.00 |
| **Ernesto Gonzalez**<br>**361 S Broad St**<br>**Elizabeth, NJ**<br>**07202-3515** | | **Landlord Liability** | | | | $0.00 |
| **Fox Business Funding**<br>**1920 E Hallandale Beach Blvd Ste 503**<br>**Hallandale Beach, FL 33009-4723** | | **Trade debt** | | $480,000.00 | $1,122.00 | $480,000.00 |
| **Kinetic Advantage Inc.**<br>**10333 N Meridian St**<br>**Indianapolis, IN**<br>**46290-1150** | | **Trade debt** | | $180,611.66 | $18,122.00 | $163,611.66 |
| **Lever Auto Financing**<br>**287 Park Ave S Ste 700**<br>**New York, NY**<br>**10010-5413** | | **Trade debt** | | $240,000.00 | $33,122.00 | $208,000.00 |
| **Manheim NY Metro Skyline, Inc.**<br>**100 US Highway 46**<br>**Fairfield, NJ**<br>**07004-3217** | | **Trade debt** | | $62,180.00 | $3,322.00 | $62,180.00 |
| **Nextgear Capital, Inc.**<br>**11799 N College Ave**<br>**Carmel, IN**<br>**46032-5605** | | | | $186,000.00 | $4,122.00 | $182,000.00 |
| **Olympic Payroll Services**<br>**64 US Highway 46**<br>**Pine Brook, NJ**<br>**07058-9629** | | **Trade debt** | | | | $900.00 |
| **Proventure Capital**<br>**99 Wall St # 576**<br>**New York, NY**<br>**10005-4301** | | **Trade debt** | | $150,000.00 | $622.00 | $150,000.00 |

Debtor  **BAV AUTO, L.L.C.**
_____                    Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **River Capital Partners, LLC 1 River Rd Ste 200 Cos Cob, CT 06807-2755** | | **Trade debt** | | **$89,940.00** | **$622.00** | **$89,940.00** |
| **Santander Bank Mail Code 10-421-CN2 PO Box 12646 Reading, PA 19612-2646** | | **Bank loan** | | | | **$93,000.00** |
| **Westlake Flooring Services, Inc. 4751 Wilshire Blvd Ste 100 Los Angeles, CA 90010-3847** | | **Trade debt** | | **$140,000.00** | **$47,522.00** | **$93,600.00** |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 3

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **BAV AUTO, L.L.C.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, NEWARK DIVISION |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Santander Bank** **Pre-Petition Account, balance reflected at the time of filing.** | **Business Checking Account** | 2460 | **$-13,167.00** |
| 3.2. | **TD Bank DIP Checking Account** | **DIP Business Checking** | | **$500.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | | **$-12,667.00** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Jersey Express LLC-Remaning Balance on LL Security Deposit For Auto Lot at 1829 State Highway Route 1, Rahway, NJ** | | | $2,200.00 |
|---|---|---|---|---|

| Debtor | **BAV AUTO, L.L.C.** | Case number *(If known)* | _____ |
|---|---|---|---|
| | Name | | |

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $2,200.00 |
|---|

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **2,250.00** | - | **0.00** | = .... | $2,250.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **750.00** | - | **0.00** | = .... | $750.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **1,000.00** | - | **0.00** | = .... | $1,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **889.00** | - | **0.00** | = .... | $889.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **1,750.00** | - | **0.00** | = .... | $1,750.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **600.00** | - | **0.00** | = .... | $600.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **300.00** | - | **0.00** | = .... | $300.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **2,250.00** | - | **0.00** | = .... | $2,250.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **3,000.00** | - | **0.00** | = .... | $3,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $12,789.00 |
|---|

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **BAV AUTO, L.L.C.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **2 Laptop Computers, 1 Printer/Copier/Fax, 2 Desks, 8 Chairs, 1 Filing Cabinet** | **$1,000.00** | **Debtor Visual Es** | **$1,000.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.                    **$1,000.00**

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **BAV AUTO, L.L.C.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.1. | **2010 Audi A4**<br>**All values are estimated and subject to appraisal.** | $6,500.00 | Dealer Opinion | $6,500.00 |
| 47.2. | **2011 Audi Q5**<br>**All values are estimated and subject to appraisal. Vehicle has engine trouble.** | $3,000.00 | Dealer Opinion | $3,000.00 |
| 47.3. | **2004 Cadillac DeVille**<br>**All values are estimated and subject to appraisal.** | $1,000.00 | Dealer Opinion | $1,000.00 |
| 47.4. | **2012 Chevrolet Malibu**<br>**All values are estimated and subject to appraisal.** | $2,000.00 | Dealer Opinion | $2,000.00 |
| 47.5. | **2011 Chevrolet Cruze**<br>**All values are estimated and subject to appraisal.** | $2,500.00 | Dealer Opnion | $2,500.00 |
| 47.6. | **2009 Dodge Charger**<br>**All values are estimated and subject to appraisal. Salvage Title** | $2,000.00 | Dealer Opinion | $2,000.00 |
| 47.7. | **2012 Dodge Durango 2WD**<br>**All values are estimated and subject to appraisal.** | $7,500.00 | Dealer Opinion | $7,500.00 |
| 47.8. | **2008 Honda Civic**<br>**All values are estimated and subject to appraisal. Salvage Title.** | $2,000.00 | Dealer Opinion | $2,000.00 |
| 47.9. | **2012 Jeep Grand Cherokee 4WD**<br>**All values are estimated and subject to appraisal.** | $11,500.00 | Dealer Opinion | $11,500.00 |
| 47.10. | **2011 Jeep Wrangler 4WD**<br>**All values are estimated and subject to appraisal.** | $12,000.00 | Dealer Opinion | $12,000.00 |
| 47.11. | **2013 Kia Forte**<br>**All values are estimated and subject to appraisal. Engine Trouble Does Not Start** | $2,500.00 | Dealer Opinion | $2,500.00 |
| 47.12. | **2013 Mazda CX-5 2WD**<br>**All values are estimaed and subject to appraisal. Potential Lien on Title.  To be determined.** | $10,100.00 | Dealer Opinion | $10,100.00 |

| Debtor | **BAV AUTO, L.L.C.** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | |
|---|---|---|---|---|
| 47.13 · | **2012 Nissan Altima**<br>**All values are estimated and subject to appraisal.** | $2,000.00 | Dealer Opinion | $2,000.00 |
| 47.14 · | **2016 Nissan Altima**<br>**All values are estimated and subject to appraisal.** | $9,100.00 | Dealer Opinion | $9,100.00 |
| 47.15 · | **2015 Nissan Altima**<br>**All values ar estimated and subject to appraisal.** | $7,000.00 | Dealer Opinion | $7,000.00 |
| 47.16 · | **2014 Nissan Pathfinder 2WD**<br>**All values are estimated and subject to appraisal** | $9,600.00 | Dealer Opinion | $9,600.00 |
| 47.17 · | **2003 Porsche Carrera 2 Coupe**<br>**All values are estimated and subject to appraisal.** | $22,000.00 | Dealer Opinion | $22,000.00 |
| 47.18 · | **2012 Subaru Impreza AWD**<br>**All values are estimated and subject to appraisal.**<br>**Potential Lienholder on Title. Debtor is investigating same.** | $7,800.00 | Dealer Opinion | $7,800.00 |
| 47.19 · | **2017 Toyota Corolla**<br>**All values are estimated and subject to appraisal.** | $10,000.00 | Dealer Opinion | $10,000.00 |
| 47.20 · | **2015 Volkswagen Jetta**<br>**All values are estimated and subject to appraisal.** | $7,800.00 | Dealer Opinion | $7,800.00 |
| 47.21 · | **2014 Hyundai Sonata**<br>**All values are estimated and subject to appraisal. Vehicle has engine trouble.** | $1,500.00 | Dealer Opinion | $1,500.00 |
| 47.22 · | **2013 Dodge Dart**<br>**All values are estimated and subject to appraisal. Bad Transmission.** | $1,500.00 | Dealer Opinion | $1,500.00 |
| 47.23 · | **2007 Audi Q7**<br>**All values are estimated and subject to appraisal.** | $4,000.00 | Dealer Opinion | $4,000.00 |
| 47.24 · | **2009 Volkswagen Routan FWD**<br>**All values are estimated and subject to appraisal.** | $1,500.00 | Dealer Opinion | $1,500.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **BAV AUTO, L.L.C.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.25. | **2004 Volvo XC90 FWD**<br>All values are estimated and subject to appraisal. | $2,000.00 | Dealer Opinion | $2,000.00 |
| 47.26. | **2008 Mercedes-Benz E350**<br>All values are estimated and subject to appraisal. | $3,000.00 | Dealer Opinion | $3,000.00 |
| 47.27. | **1999 Lexus 300**<br>All values are estimated and subject to appraisal. | $800.00 | Dealer Opinion | $800.00 |
| 47.28. | **2006 Mazda 3**<br>All values are estimated and subject to appraisal. | $1,000.00 | Dealer Opinion | $1,000.00 |
| 47.29. | **2011 BMW 328i**<br>All values are estimated and subject to appraisal. Bad Engine. | $2,500.00 | Dealer Opinion | $2,500.00 |
| 47.30. | **2012 BMW X3 xDrive35i**<br>All values are estimated and subject to appraisal. Bad Engine | $2,500.00 | Dealer Opinion | $2,500.00 |
| 47.31. | **2009 Chevrolet Traverse FWD**<br>All values are estimated and subject to appraisal. | $2,500.00 | Dealer Opinion | $2,500.00 |
| 47.32. | **2011 Infiniti M37**<br>All values are estimated and subject to appraisal. | $8,000.00 | Dealer Opinion | $8,000.00 |
| 47.33. | **2008 Maserati Quattroporte**<br>All values are estimated and subject to appraisal. Accident Damage and Salvage Title. | $2,000.00 | Dealer Opinion | $2,000.00 |
| 47.34. | **2015 Toyota Camry**<br>All values are estimated and subject to appraisal. | $12,000.00 | Dealer Opinion | $12,000.00 |
| 47.35. | **2007 Toyota RAV4 2WD**<br>All values are estimated and subject to appraisal. | $6,900.00 | Dealer Opinion | $6,900.00 |
| 47.36. | **2006 Mercedes-Benz E350**<br>All values are estimated and subject to appraisal. Salvage Title | $2,000.00 | Dealer Opinion | $2,000.00 |

oorplan lien on all assets of Debtor via UCC-1

Debtor    **BAV AUTO, L.L.C.**                                Case number *(If known)* _____
              Name

| 47.37 | **2009 BMW 750i**<br>**All values are estimated and subject to**<br>**appraisal.** | **$7,000.00** | **Dealer Opinion** | **$7,000.00** |
|---|---|---|---|---|

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                              **$198,600.00**

        Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?** Floorplan lien on all assets of Debtor via UCC-1

        ■ No.  Go to Part 10.
        ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

        ☐ No.  Go to Part 11.
        ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties**<br>**NJ MVC Used Car Dealership License**<br>**Currently Suspended As Of 10/28/22** | **unknown** | | **unknown** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.    **Total of Part 10.**                                                             **$0.00**

        Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

| Debtor | BAV AUTO, L.L.C. | Case number *(If known)* |
|---|---|---|
| | Name | |

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | Reserve Balance With AFC Floorplan Lender | $40,000.00 |
| | Reserve Balance With Nextgear Floorplan Finance Lender | $4,000.00 |
| | Reserve Balance With Westlake Floorplan Finance Lender | $5,000.00 |
| | Auction Credit Reserve Balance | $5,000.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $54,000.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐■ No
☐ Yes

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 8

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **BAV AUTO, L.L.C.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $-12,667.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $12,789.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $198,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $54,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $255,922.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $255,922.00 |

For personal and real assets of Debtor via UCC-1

| Fill in this information to identify the case: |
|---|

Debtor name    **BAV AUTO, L.L.C.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
|  | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |
| **2.1    Arsenal Funding Corp.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Santander Bank Pre-Petition Account, balance reflected at the time of filing.** | **$55,000.00** | **$3,322.00** |

**8 W 36th St Fl 7**
**New York, NY 10018-9774**
Creditor's mailing address

UCC-1 on all receivables, inventory and deposit accounts.
**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Cloudfund LLC**
**2. Fox Business Funding**
**3. River Capital Partners, LLC**
**4. Proventure Capital**
**5. Dealer Capital Group, Inc.**
**6. Arsenal Funding Corp.**
**7. Lever Auto Financing**
**8. Westlake Flooring Services, Inc.**
**9. Kinetic Advantage Inc.**
**10. Manheim NY Metro Skyline, Inc.**
**11. Nextgear Capital, Inc.**
**12. Automotive Finance Corp. of NJ**
**13. Auction Credit Enterprises, LLC**
**14. Jersey Express, LLC**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | BAV AUTO, L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2 | **Auction Credit Enterprises, LLC** | Describe debtor's property that is subject to a lien | $157,193.00 | $34,022.00 |
|---|---|---|---|---|

Creditor's Name

**14951 Dallas Pkwy Ste 200
Dallas, TX 75254-6883**
Creditor's mailing address

**2010 Audi A4
All values are estimated and subject to appraisal.**
Describe the lien

Floorplan lien on all assets of Debtor via UCC-1

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Auction Credit Enterprises, LLC
2. Cloudfund LLC
3. Fox Business Funding
4. River Capital Partners, LLC
5. Proventure Capital
6. Dealer Capital Group, Inc.
7. Arsenal Funding Corp.
8. Lever Auto Financing
9. Westlake Flooring Services, Inc.
10. Kinetic Advantage Inc.
11. Manheim NY Metro Skyline, Inc.
12. Nextgear Capital, Inc.
13. Automotive Finance Corp. of NJ**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Floorplan lien on all assets of Debtor via UCC-1

| 2.3 | **Automotive Finance Corp. of NJ** | Describe debtor's property that is subject to a lien | $436,409.65 | $69,822.00 |
|---|---|---|---|---|

Creditor's Name

**200 N Main St
Manville, NJ 08835-1357**
Creditor's mailing address

**2012 Jeep Grand Cherokee 4WD
All values are estimated and subject to appraisal.**
Describe the lien

Floorplan lien on all assets of Debtor via UCC-1

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | BAV AUTO, L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Automotive Finance
Corp. of NJ
2. Cloudfund LLC
3. Fox Business Funding
4. River Capital Partners,
LLC
5. Proventure Capital
6. Dealer Capital Group,
Inc.
7. Arsenal Funding Corp.
8. Lever Auto Financing
9. Westlake Flooring
Services, Inc.
10. Kinetic Advantage Inc.
11. Manheim NY Metro
Skyline, Inc.
12. Nextgear Capital, Inc.
13. Auction Credit
Enterprises, LLC
14. Jersey Express, LLC**

---

| 2.4 | **Cloudfund LLC** | Describe debtor's property that is subject to a lien | $90,000.00 | $1,122.00 |
|---|---|---|---|---|
| | Creditor's Name | **Santander Bank Pre-Petition Account, balance reflected at the time of filing.** | | |

**400 Rella Blvd Ste 165-101
Suffern, NY 10901-4241**
Creditor's mailing address

~~oorplan lien onFkkssets of Debtor via UCC-1~~
UCC-1 on all receivables, inventory and deposit accounts.
**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **BAV AUTO, L.L.C.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Cloudfund LLC**
**2. Fox Business Funding**
**3. River Capital Partners, LLC**
**4. Proventure Capital**
**5. Dealer Capital Group, Inc.**
**6. Arsenal Funding Corp.**
**7. Lever Auto Financing**
**8. Westlake Flooring Services, Inc.**
**9. Kinetic Advantage Inc.**
**10. Manheim NY Metro Skyline, Inc.**
**11. Nextgear Capital, Inc.**
**12. Automotive Finance Corp. of NJ**
**13. Auction Credit Enterprises, LLC**

---

| 2.5 | **Dealer Capital Group, Inc.** |
|---|---|
| | Creditor's Name |

Describe debtor's property that is subject to a lien          $140,000.00          $622.00

**Santander Bank Pre-Petition Account, balance reflected  at the time of filing.**

**67 Crystal St**
**Avenel, NJ 07001-1125**
Creditor's mailing address

Type text here                                                   Floorplan lien on all assets of Debtor via UCC-1
**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|

Debtor    **BAV AUTO, L.L.C.**                                    Case number (if known) _____
_____
Name

☐ No                              ☐ Contingent

■ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

**1. Cloudfund LLC**
**2. Fox Business Funding**
**3. River Capital Partners,**
**LLC**
**4. Proventure Capital**
**5. Dealer Capital Group,**
**Inc.**
**6. Arsenal Funding Corp.**
**7. Lever Auto Financing**
**8. Westlake Flooring**
**Services, Inc.**
**9. Kinetic Advantage Inc.**
**10. Manheim NY Metro**
**Skyline, Inc.**
**11. Nextgear Capital, Inc.**
**12. Automotive Finance**
**Corp. of NJ**
**13. Auction Credit**
**Enterprises, LLC**

---

| 2.6 | **Fox Business Funding** |
| --- | --- |

Creditor's Name

Describe debtor's property that is subject to a lien          $480,000.00          $1,122.00

**Santander Bank Pre-Petition Account,**
**balance reflected  at the time of filing.**

**1920 E Hallandale Beach**
**Blvd Ste 503**
**Hallandale Beach, FL**
**33009-4723**

UCC-1 on all receivables, inventory and deposit accounts.

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No

**March 23, 2022**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor    **BAV AUTO, L.L.C.**                                    Case number (if known) _____
          _____
          Name

☐ No                                    ☐ Contingent
■ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.
**1. Cloudfund LLC**
**2. Fox Business Funding**
**3. River Capital Partners,**
**LLC**
**4. Proventure Capital**
**5. Dealer Capital Group,**
**Inc.**
**6. Arsenal Funding Corp.**
**7. Lever Auto Financing**
**8. Westlake Flooring**
**Services, Inc.**
**9. Kinetic Advantage Inc.**
**10. Manheim NY Metro**
**Skyline, Inc.**
**11. Nextgear Capital, Inc.**
**12. Automotive Finance**
**Corp. of NJ**
**13. Auction Credit**
**Enterprises, LLC**

---

| 2.7 | **Jersey Express, LLC** | Describe debtor's property that is subject to a lien | **unknown** | **$2,200.00** |

Creditor's Name

**23 Lake Dr**
**North Brunswick, NJ**
**08902-4828**                     Landlord Lien
Creditor's mailing address
                                   Describe the lien

                                   **Is the creditor an insider or related party?**
                                   ■ No
Creditor's email address, if known  ☐ Yes
                                   **Is anyone else liable on this claim?**
**Date debt was incurred**          ☐ No
                                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
☐ No                               ☐ Contingent
■ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.
**1. Jersey Express, LLC**
**2. Arsenal Funding Corp.**
**3. Manheim NY Metro**
**Skyline, Inc.**
**4. Automotive Finance**
**Corp. of NJ**

---

| 2.8 | **Kinetic Advantage Inc.** | Describe debtor's property that is subject to a lien | **$180,611.66** | **$18,122.00** |

Creditor's Name                    **2015 Nissan Altima**
                                   **All values ar estimated and subject to**
**10333 N Meridian St**             **appraisal.**
**Indianapolis, IN**
**46290-1150**                      Floorplan lien on all assets of Debtor via UCC-1
Creditor's mailing address
                                   Describe the lien

---

Debtor    **BAV AUTO, L.L.C.**
_____    Case number (if known) _____
Name

_____
Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** |
| --- |
| ☐ No |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. |
| **1. Kinetic Advantage Inc.** |
| **2. Cloudfund LLC** |
| **3. Fox Business Funding** |
| **4. River Capital Partners, LLC** |
| **5. Proventure Capital** |
| **6. Dealer Capital Group, Inc.** |
| **7. Arsenal Funding Corp.** |
| **8. Lever Auto Financing** |
| **9. Westlake Flooring Services, Inc.** |
| **10. Manheim NY Metro Skyline, Inc.** |
| **11. Nextgear Capital, Inc.** |
| **12. Automotive Finance Corp. of NJ** |
| **13. Auction Credit Enterprises, LLC** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Lever Auto Financing** |
| --- | --- |
| | Creditor's Name |

**287 Park Ave S Ste 700**
**New York, NY 10010-5413**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** |
| --- |

**Describe debtor's property that is subject to a lien**    $240,000.00    $33,122.00
**2003 Porsche Carrera 2 Coupe**
**All values are estimated and subject to appraisal.**
**Describe the lien**    Floorplan lien on all assets of Debtor via UCC-1

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **BAV AUTO, L.L.C.**                                        Case number (if known)
          _____
          Name

☐ No                                        ☐ Contingent
■ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
**1. Lever Auto Financing**
**2. Cloudfund LLC**
**3. Fox Business Funding**
**4. River Capital Partners,**
**LLC**
**5. Proventure Capital**
**6. Dealer Capital Group,**
**Inc.**
**7. Arsenal Funding Corp.**
**8. Westlake Flooring**
**Services, Inc.**
**9. Kinetic Advantage Inc.**
**10. Manheim NY Metro**
**Skyline, Inc.**
**11. Nextgear Capital, Inc.**
**12. Automotive Finance**
**Corp. of NJ**
**13. Auction Credit**
**Enterprises, LLC**

| | | | |
|---|---|---|---|
| 2.1 0 | **Manheim NY Metro Skyline, Inc.** | Describe debtor's property that is subject to a lien | $62,180.00 | $3,322.00 |

2.1
0        **Manheim NY Metro**          Describe debtor's property that is subject to a lien       $62,180.00      $3,322.00
         **Skyline, Inc.**
         _____           **Santander Bank Pre-Petition Account,**
         Creditor's Name               **balance reflected  at the time of filing.**
                                       ~~Floorplan lien on all assets of Debtor~~ via UCC-1
         **100 US Highway 46**         ̶ ̶ ̶Type text here̶ ̶ ̶
         **Fairfield, NJ 07004-3217**
         _____           **Describe the lien**
         Creditor's mailing address    _____

                                       **Is the creditor an insider or related party?**
         _____           ■ No
         Creditor's email address, if known    ☐ Yes
                                       **Is anyone else liable on this claim?**
         **Date debt was incurred**    ☐ No
                                       ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
         **Last 4 digits of account number**

         **Do multiple creditors have an**    **As of the petition filing date, the claim is:**
         **interest in the same property?**    Check all that apply

| Debtor | BAV AUTO, L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Cloudfund LLC**
**2. Fox Business Funding**
**3. River Capital Partners, LLC**
**4. Proventure Capital**
**5. Dealer Capital Group, Inc.**
**6. Arsenal Funding Corp.**
**7. Lever Auto Financing**
**8. Westlake Flooring Services, Inc.**
**9. Kinetic Advantage Inc.**
**10. Manheim NY Metro Skyline, Inc.**
**11. Nextgear Capital, Inc.**
**12. Automotive Finance Corp. of NJ**
**13. Auction Credit Enterprises, LLC**
**14. Jersey Express, LLC**

---

| 2.1 1 | **Nextgear Capital, Inc.** | | $186,000.00 | $4,122.00 |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | | |

**Nextgear Capital, Inc.**

Creditor's Name

Describe debtor's property that is subject to a lien

**Santander Bank Pre-Petition Account, balance reflected  at the time of filing.**

**11799 N College Ave**
**Carmel, IN 46032-5605**

Floorplan lien on all assets of Debtor via UCC-1

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **BAV AUTO, L.L.C.**
_____
Name

Case number (if known) _____

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**1. Cloudfund LLC**
**2. Fox Business Funding**
**3. River Capital Partners,**
**LLC**
**4. Proventure Capital**
**5. Dealer Capital Group,**
**Inc.**
**6. Arsenal Funding Corp.**
**7. Lever Auto Financing**
**8. Westlake Flooring**
**Services, Inc.**
**9. Kinetic Advantage Inc.**
**10. Manheim NY Metro**
**Skyline, Inc.**
**11. Nextgear Capital, Inc.**
**12. Automotive Finance**
**Corp. of NJ**
**13. Auction Credit**
**Enterprises, LLC**

---

| 2.1 2 | **Proventure Capital** | Describe debtor's property that is subject to a lien | $150,000.00 | $622.00 |
|---|---|---|---|---|

Creditor's Name

**Santander Bank Pre-Petition Account,**
**balance reflected at the time of filing.**

**99 Wall St # 576**
**New York, NY 10005-4301**
Creditor's mailing address

Describe the lien    UCC-1 on all receivables, inventory and deposit accounts.

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **BAV AUTO, L.L.C.** | | Case number (if known) | |
| | Name | | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Cloudfund LLC**
**2. Fox Business Funding**
**3. River Capital Partners,**
**LLC**
**4. Proventure Capital**
**5. Dealer Capital Group,**
**Inc.**
**6. Arsenal Funding Corp.**
**7. Lever Auto Financing**
**8. Westlake Flooring**
**Services, Inc.**
**9. Kinetic Advantage Inc.**
**10. Manheim NY Metro**
**Skyline, Inc.**
**11. Nextgear Capital, Inc.**
**12. Automotive Finance**
**Corp. of NJ**
**13. Auction Credit**
**Enterprises, LLC**

---

| 2.1 3 | **River Capital Partners, LLC** | Describe debtor's property that is subject to a lien | $89,940.00 | $622.00 |
| | Creditor's Name | **Santander Bank Pre-Petition Account, balance reflected at the time of filing.** | | |

**1 River Rd Ste 200**
**Cos Cob, CT 06807-2755**
Creditor's mailing address

Describe the lien      UCC-1 on all receivables, inventory and deposit accounts.

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **BAV AUTO, L.L.C.**                                    Case number (if known)
_____
Name

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Cloudfund LLC**
**2. Fox Business Funding**
**3. River Capital Partners,**
**LLC**
**4. Proventure Capital**
**5. Dealer Capital Group,**
**Inc.**
**6. Arsenal Funding Corp.**
**7. Lever Auto Financing**
**8. Westlake Flooring**
**Services, Inc.**
**9. Kinetic Advantage Inc.**
**10. Manheim NY Metro**
**Skyline, Inc.**
**11. Nextgear Capital, Inc.**
**12. Automotive Finance**
**Corp. of NJ**
**13. Auction Credit**
**Enterprises, LLC**

---

| 2.1 4 | **Westlake Flooring Services, Inc.** |
|---|---|

Creditor's Name

**4751 Wilshire Blvd Ste 100**
**Los Angeles, CA**
**90010-3847**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

Describe debtor's property that is subject to a lien                    $140,000.00          $47,522.00
**2012 Dodge Durango 2WD**
**All values are estimated and subject to**
**appraisal.**
_____
                                                    Floorplan lien on all assets of Debtor via UCC-1
Describe the lien
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| Debtor | BAV AUTO, L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**1. Westlake Flooring Services, Inc.**
**2. Cloudfund LLC**
**3. Fox Business Funding**
**4. River Capital Partners, LLC**
**5. Proventure Capital**
**6. Dealer Capital Group, Inc.**
**7. Arsenal Funding Corp.**
**8. Lever Auto Financing**
**9. Kinetic Advantage Inc.**
**10. Manheim NY Metro Skyline, Inc.**
**11. Nextgear Capital, Inc.**
**12. Automotive Finance Corp. of NJ**
**13. Auction Credit Enterprises, LLC**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,407,334.31

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Drew S. McGehrin, Esq.**<br>**Duane Morris, LLP**<br>**30 S 17th St**<br>**Philadelphia, PA 19103-4001** | Line **2.9** | |
| **Jaclyn Sage**<br>**Manager of Collections**<br>**10333 N Meridian St Ste 400**<br>**Indianapolis, IN 46290-1112** | Line **2.8** | |
| **Jeremy M Dunn, Esq.**<br>**Automotive Finance Corporation**<br>**11299 N Illiniois St**<br>**Carmel, IN 46032** | Line **2.3** | |
| **Shanna Kaminski, Esq.**<br>**Kaminski Law PLLC**<br>**160 W Fort St Fl 5**<br>**Detroit, MI 48226-3700** | Line **2.6** | |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name __**BAV AUTO, L.L.C.**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY, NEWARK DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**131 Union Street LLC**<br><br>**131 Union St**<br>**Newark, NJ 07105-1346**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400,000.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**American Express**<br><br>**PO Box 981535**<br>**El Paso, TX 79998-1535**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __1004__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18,000.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Capital One Bank**<br><br>**PO Box 30281**<br>**Salt Lake City, UT 84130-0281**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __6231__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,000.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Chase Card**<br><br>**PO Box 15298**<br>**Wilmington, DE 19850-5298**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __8026__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60,000.00** |

| Debtor | **BAV AUTO, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|

**Ernesto Gonzalez**

**361 S Broad St**
**Elizabeth, NJ 07202-3515**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Olympic Payroll Services**

**64 US Highway 46**
**Pine Brook, NJ 07058-9629**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|---|---|---|---|

**Santander Bank**
**Mail Code 10-421-CN2**
**PO Box 12646**
**Reading, PA 19612-2646**

Date(s) debt was incurred __

Last 4 digits of account number  **4634**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Santander Collections**<br>**450 Penn St**<br>**Reading, PA 19602-1011** | Line  **3.7**<br><br>☐ Not listed. Explain ____ | **4634** |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 578,900.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 578,900.00 |

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **BAV AUTO, L.L.C.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, NEWARK DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord For Lot In Elizabeth, NJ** | |
| | State the term remaining | **Month to Month** | **Ernesto Gonzalez** |
| | List the contract number of any government contract | | **361 S Broad St** **Elizabeth, NJ 07202-3515** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord For 1829 State Highway Route 1, Rahway, NJ** | |
| | State the term remaining | **3 Years** | **Jersey Express, LLC** |
| | List the contract number of any government contract | | **23 Lake Dr** **North Brunswick, NJ 08902-4828** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BAV AUTO, L.L.C.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, NEWARK DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Alexandre DeCosta** | **80 Columbia Ave Kearny, NJ 07032-2948** | **131 Union Street LLC** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.2 | **Alexandre DeCosta** | **80 Columbia Ave Kearny, NJ 07032-2948** | **Arsenal Funding Corp.** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Alexandre DeCosta** | **80 Columbia Ave Kearny, NJ 07032-2948** | **Auction Credit Enterprises, LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Alexandre DeCosta** | **80 Columbia Ave Kearny, NJ 07032-2948** | **Ernesto Gonzalez** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.5 | **Alexandre DeCosta** | **80 Columbia Ave Kearny, NJ 07032-2948** | **Jersey Express, LLC** | ■ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.6 | **Alexandre DeCosta** | **80 Columbia Ave Kearny, NJ 07032-2948** | **Kinetic Advantage Inc.** | ■ D __2.8__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **BAV AUTO, L.L.C.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.7 | **Alexandre DeCosta** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Lever Auto Financing** | ■ D  **2.9** ☐ E/F _____ ☐ G _____ |
| 2.8 | **Alexandre DeCosta** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Manheim NY Metro Skyline, Inc.** | ■ D  **2.10** ☐ E/F _____ ☐ G _____ |
| 2.9 | **Alexandre DeCosta** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Westlake Flooring Services, Inc.** | ■ D  **2.14** ☐ E/F _____ ☐ G _____ |
| 2.10 | **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **131 Union Street LLC** | ☐ D _____ ■ E/F  **3.1** ☐ G _____ |
| 2.11 | **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **American Express** | ☐ D _____ ■ E/F  **3.2** ☐ G _____ |
| 2.12 | **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Arsenal Funding Corp.** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.13 | **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Automotive Finance Corp. of NJ** | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.14 | **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Capital One Bank** | ☐ D _____ ■ E/F  **3.3** ☐ G _____ |
| 2.15 | **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Chase Card** | ☐ D _____ ■ E/F  **3.4** ☐ G _____ |

| Debtor | **BAV AUTO, L.L.C.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.16 **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Cloudfund LLC** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.17 **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Dealer Capital Group, Inc.** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.18 **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Ernesto Gonzalez** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.19 **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Fox Business Funding** | ■ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.20 **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Lever Auto Financing** | ■ D __2.9__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.21 **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Manheim NY Metro Skyline, Inc.** | ■ D __2.10__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.22 **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Nextgear Capital, Inc.** | ■ D __2.11__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.23 **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **Proventure Capital** | ■ D __2.12__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.24 **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | **River Capital Partners, LLC** | ■ D __2.13__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **BAV AUTO, L.L.C.** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| Name | Mailing Address | | Name | Check all schedules that apply: |
| 2.25 **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | | **Santander Bank** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.26 **Vivianne C. Antunes** | **80 Columbia Ave** **Kearny, NJ 07032-2948** | | **Westlake Flooring Services, Inc.** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.27 **Alexandre DaCosta** | | | **Ernesto Gonzalez** | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |
| 2.28 **Alexandre DeCosta** | | | **Jersey Express, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |

---

**Fill in this information to identify the case:**

Debtor name        **BAV AUTO, L.L.C.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $                 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... $         255,922.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................. $         255,922.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $       2,407,334.31

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $                 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$         578,900.00

4.  Total liabilities ................................................................................................................
   Lines 2 + 3a + 3b                                                                                           $       2,986,234.31

Software Copyright (c) 2022 CINGroup - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey, Newark Division

In re  **BAV AUTO, L.L.C.** _____    Case No. _____

_____ Debtor(s)    Chapter    **11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept .................................................   $  _____

Prior to the filing of this statement I have received ......................................   $  _____

Balance Due ................................................................................   $  _____

☐  **RETAINER**

For legal services, I have agreed to accept and received a retainer of ...................   $     **15,000.00**

The undersigned shall bill against the retainer at an hourly rate of ....................   $       **325.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☐ Debtor    ☐ Other (specify):    **Manager of Debtor, A. DaCosta**

3.    The source of compensation to be paid to me is:

☐ Debtor    ☐ Other (specify):

4.    ☐  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Contested Matters, Prosecution or Defense of Adversary Proceedings and Upon Case Conversion.**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

In re    **BAV AUTO, L.L.C.**_____    Case No. _____
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## (Continuation Sheet)

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 31, 2022**_____    **/s/ Steven D. Pertuz**_____
*Date*                                         **Steven D. Pertuz**
                                               *Signature of Attorney*
                                               **The Law Office of Steven D. Pertuz, LLC**

                                               **111 Northfield Ave Ste 304**
                                               **West Orange, NJ 07052-4703**
                                               **(973) 669-8600   Fax: (973) 669-8700**
                                               **pertuzlaw@verizon.net**_____
                                               *Name of law firm*