```
131 Union Street LLC
131 Union St
Newark, NJ  07105-1346


American Express
PO Box 981535
El Paso, TX  79998-1535


Arsenal Funding Corp.
8 W 36th St Fl 7
New York, NY  10018-9774


Auction Credit Enterprises, LLC
14951 Dallas Pkwy Ste 200
Dallas, TX  75254-6883


Automotive Finance Corp. of NJ
200 N Main St
Manville, NJ  08835-1357


Capital One Bank
PO Box 30281
Salt Lake City, UT  84130-0281


Chase Card
PO Box 15298
Wilmington, DE  19850-5298
```

Cloudfund LLC
400 Rella Blvd Ste 165-101
Suffern, NY  10901-4241


Dealer Capital Group, Inc.
67 Crystal St
Avenel, NJ  07001-1125


Drew S. McGehrin, Esq.
Duane Morris, LLP
30 S 17th St
Philadelphia, PA  19103-4001


Ernesto Gonzalez
361 S Broad St
Elizabeth, NJ  07202-3515


Fox Business Funding
1920 E Hallandale Beach Blvd Ste 503
Hallandale Beach, FL  33009-4723


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326


Jaclyn Sage
Manager of Collections
10333 N Meridian St Ste 400
Indianapolis, IN  46290-1112

Jeremy M Dunn, Esq.
Automotive Finance Corporation
11299 N Illiniois St
Carmel, IN  46032


Jersey Express, LLC
23 Lake Dr
North Brunswick, NJ  08902-4828


Kinetic Advantage Inc.
10333 N Meridian St
Indianapolis, IN  46290-1150


Lever Auto Financing
287 Park Ave S Ste 700
New York, NY  10010-5413


Manheim NY Metro Skyline, Inc.
100 US Highway 46
Fairfield, NJ  07004-3217


Mark Politan, Esq.
Politan Law, LLC
88 E Main St # 502
Mendham, NJ  07945-1832


Nextgear Capital, Inc.
11799 N College Ave
Carmel, IN  46032-5605

```
NJ Division of Motor Vehicles
Business Licensing Services Bureau PO
PO Box 170
Trenton, NJ  08666-0170


NJ Division Of Taxation
PO Box 283
Trenton, NJ  08646-0283


Olympic Payroll Services
64 US Highway 46
Pine Brook, NJ  07058-9629


Proventure Capital
99 Wall St # 576
New York, NY  10005-4301


River Capital Partners, LLC
1 River Rd Ste 200
Cos Cob, CT  06807-2755


Santander Bank
Mail Code 10-421-CN2
PO Box 12646
Reading, PA  19612-2646


Santander Collections
450 Penn St
Reading, PA  19602-1011
```

Shanna Kaminski, Esq.
Kaminski Law PLLC
160 W Fort St Fl 5
Detroit, MI  48226-3700


Vivianne C. Antunes
80 Columbia Ave
Kearny, NJ  07032-2948


Westlake Flooring Services, Inc.
4751 Wilshire Blvd Ste 100
Los Angeles, CA  90010-3847