THE LAW OFFICES OF STEVEN D. PERTUZ, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
Attorneys for Debtor-in-Possession

By:   STEVEN D. PERTUZ, Esquire
      SDP-5632

|  |  |  |
|---|---|---|
| In the Matter of: | : | UNITED STATES BANKRUPTCY COURT |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
|  | : | NEWARK VICINAGE |
| BAV AUTO L.L.C. | : |  |
| aka Costa's Auto Gallery | : |  |
|  | : | Case No. 22-17933 |
|  | : | Chapter 11 (JKS) |
| Debtor-in-Possession. | : | Subchapter v |
|  | : |  |

# CHAPTER 11 SMALL BUSINESS STATEMENT OF NO DOCUMENTS PURSUANT TO 11 U.S.C. §1116(1)

I, Vivianne C. Antunes, declare under penalty of perjury that I am an Authorized/Sole Member of BAV AUTO, L.L.C., a/k/a Costa's Auto Gallery, a NJ Limited Liability Company (hereinafter "Debtor") and that the Debtor previously adopted resolutions on October 6, 2022 determining that it was in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11, subchapter v, of the United States Code.

The Debtor has not recently prepared or produced a balance sheet, statement of operations, or cash-flow statement in connection with its business affairs since at least year 2020. The Debtor is a one person operation with very little sophistication and would typically only reconcile books on an annual basis. A 2019 Federal Income Tax Return has been filed and has been submitted to the Court for review but the 2020 and 2021 Federal and State Income Tax Returns have yet to be completed and filed.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

October 21, 2022                                By:/s/ Vivianne C. Antunes
                                                    Vivianne C. Antunes