FORM 7007.1-1 (10/07)

# United States Bankruptcy Court
## District of New Jersey, Newark Division

IN RE:  
**BAV AUTO, L.L.C.**  
                Debtor(s)

Case No.  **22-17933 JKS**  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

    **BAV AUTO L.L.C.**, a  
    [Name of Corporate Party]

(check one):

[X] Corporate Debtor

[ ] Party to an adversary proceeding

[ ] Party to a contested matter

[ ] Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

    _____  
    _____  
    _____  
    _____

**OR**

[X] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this **31st** day of **October**, **2022**.

*/s/ Steven D. Pertuz*  
Attorney Name, OBA #**008542001**  
[Address/Telephone/Fax/Email]  
**Steven D. Pertuz**  
**111 Northfield Ave Ste 304**  
**West Orange, NJ  07052-4703**  
**Phone: (973) 669-8600  Fax:  (973) 669-8700**  
**pertuzlaw@verizon.net**  
Attorney for **BAV AUTO, L.L.C.**