**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**The Law Offices of Steven D. Pertuz, LLC**
**111 Northfield Avenue, Suite 304**
**West Orange, NJ 07052**
**Tel: (973) 669-8600**
**Fax: (973) 669-8700**
**pertuzlaw@verizon.net**
**SDP 5632**

In re:

BAV AUTO, L.L.C.
aka COSTA'S AUTO GALLERY

Debtor in Possession.

Chapter 11

Case No.: 22-17933 (JKS)

## NOTICE REGARDING TELEPHONIC §341 MEETING

**PLEASE TAKE NOTICE** that the Chapter 11 §341 creditors meeting presently scheduled to take place at the offices of the United States Trustee in Newark, New Jersey on Wednesday, November 9, 2022, shall instead take place by conference call on Wednesday, November 9, 2002, commencing at 10:00 AM EDT. If you wish to participate in the call, please call 267-930-4000 and use access code 867-957-261. You may email debtor's counsel at spertuz@pertuzlaw.com no later than the end of business on November 8, 2022 for any questions or concerns. YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

Date:  November 3, 2022                    /s/   Steven D. Pertuz
                                           STEVEN D. PERTUZ, ESQ.
                                           Steven D. Pertuz, LLC
                                           111 Northfield Avenue, Suite 304
                                           West Orange, NJ 07052