**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

**IN RE:**                                                                                                          Case No. _____

**BAV AUTO, L.L.C.**_____   Chapter **11**_____
                                           Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on **November  3, 2022**_____, a copy of **Notice Regarding 341A Telephonic Hearing**_____
was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

 

Respectfully submitted,
**BAV AUTO, L.L.C.**


***/s/ Steven D. Pertuz***_____
**Steven D. Pertuz 008542001**
**The Law Office of Steven D. Pertuz, LLC**
**111 Northfield Ave Ste 304**
**West Orange, NJ  07052-4703**
**(973) 669-8600  Fax: (973) 669-8700**
**pertuzlaw@verizon.net**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| | | |
|---|---|---|
| **BAV AUTO, L.L.C.**<br>80 Columbia Ave<br>Kearny, NJ  07032-2948 | **131 Union Street LLC**<br>131 Union St<br>Newark, NJ  07105-1346 | **Alexandre DeCosta**<br>80 Columbia Ave<br>Kearny, NJ  07032-2948 |
| **American Express**<br>PO Box 981535<br>El Paso, TX  79998-1535 | **Arsenal Funding Corp.**<br>8 W 36th St Fl 7<br>New York, NY  10018-9774 | **Auction Credit Enterprises, LLC**<br>14951 Dallas Pkwy Ste 200<br>Dallas, TX  75254-6883 |
| **Automotive Finance Corp. of NJ**<br>200 N Main St<br>Manville, NJ  08835-1357 | **Capital One Bank**<br>PO Box 30281<br>Salt Lake City, UT  84130-0281 | **Chase Card**<br>PO Box 15298<br>Wilmington, DE  19850-5298 |
| **Cloudfund LLC**<br>400 Rella Blvd Ste 165-101<br>Suffern, NY  10901-4241 | **Dealer Capital Group, Inc.**<br>67 Crystal St<br>Avenel, NJ  07001-1125 | **Drew S. McGehrin, Esq.**<br>Duane Morris, LLP<br>30 S 17th St<br>Philadelphia, PA  19103-4001 |
| **Ernesto Gonzalez**<br>361 S Broad St<br>Elizabeth, NJ  07202-3515 | **Ernesto Gonzalez**<br>361 S Broad St<br>Elizabeth, NJ  07202-3515 | **Fox Business Funding**<br>1920 E Hallandale Beach Blvd Ste 503<br>Hallandale Beach, FL  33009-4723 |
| **Internal Revenue Service**<br>PO Box 21126<br>Philadelphia, PA  19114-0326 | **Jaclyn Sage**<br>Manager of Collections<br>10333 N Meridian St Ste 400<br>Indianapolis, IN  46290-1112 | **Jeremy M Dunn, Esq.**<br>Automotive Finance Corporation<br>11299 N Illiniois St<br>Carmel, IN  46032 |
| **Jersey Express, LLC**<br>23 Lake Dr<br>North Brunswick, NJ  08902-4828 | **Jersey Express, LLC**<br>23 Lake Dr<br>North Brunswick, NJ  08902-4828 | **Kinetic Advantage Inc.**<br>10333 N Meridian St<br>Indianapolis, IN  46290-1150 |
| **Lever Auto Financing**<br>287 Park Ave S Ste 700<br>New York, NY  10010-5413 | **Manheim NY Metro Skyline, Inc.**<br>100 US Highway 46<br>Fairfield, NJ  07004-3217 | **Mark Politan, Esq.**<br>Politan Law, LLC<br>88 E Main St # 502<br>Mendham, NJ  07945-1832 |
| **Nextgear Capital, Inc.**<br>11799 N College Ave<br>Carmel, IN  46032-5605 | **NJ Division of Motor Vehicles**<br>Business Licensing Services Bureau PO<br>PO Box 170<br>Trenton, NJ  08666-0170 | **NJ Division Of Taxation**<br>PO Box 283<br>Trenton, NJ  08646-0283 |
| **Olympic Payroll Services**<br>64 US Highway 46<br>Pine Brook, NJ  07058-9629 | **Proventure Capital**<br>99 Wall St # 576<br>New York, NY  10005-4301 | **River Capital Partners, LLC**<br>1 River Rd Ste 200<br>Cos Cob, CT  06807-2755 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| | | |
|---|---|---|
| **Santander Bank**<br>**Mail Code 10-421-CN2**<br>**PO Box 12646**<br>**Reading, PA  19612-2646** | **Santander Collections**<br>**450 Penn St**<br>**Reading, PA  19602-1011** | **Shanna Kaminski, Esq.**<br>**Kaminski Law PLLC**<br>**160 W Fort St Fl 5**<br>**Detroit, MI  48226-3700** |
| **Vivianne C. Antunes**<br>**80 Columbia Ave**<br>**Kearny, NJ  07032-2948** | **Vivianne C. Antunes**<br>**80 Columbia Ave**<br>**Kearny, NJ  07032-2948** | **Westlake Flooring Services, Inc.**<br>**4751 Wilshire Blvd Ste 100**<br>**Los Angeles, CA  90010-3847** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com