

| | |
|---|---|
| Requested By: | Akers, Alison |
| Pool: | US POOL |
| AFC Branch: | New Jersey |
| Dealer #: | 430596 |
| Calculated Through: | 19-OCT-2022 |
| Sort Order: | DATE |
| Dealer Name: | Bav Auto L.L.C. Dba: Costas Auto Gallery |
| Dealer Address: | 1829 State Highway #1, Rahway Nj 07065 |

**Dealer Payoff Report**

Date: 19-OCT-22
Time: 02:10:27pm
Page: 1

Include Forgiven: N    Show Recovery Detail: Y

Phone: 732-499-0171   Fax: 908-289-3335   Mobile: 862-849-6357   Email: Costasauto@Hotmail.Com   Restricted: Y   Potential Loss: Y
Credit Limit   $400,000.00                                        Terms 60 DAYS

### Contract Charges

| Charge Date | Description | Due Date | Last Paid | Charge Amount | Balance |
|---|---|---|---|---|---|
| 26-SEP-22 | COURIER FEE | 26-OCT-22 | $0.00 | $16.75 | $16.75 |
| 29-SEP-22 | LOT CHECK EXPENSE | 29-OCT-22 | $0.00 | $115.00 | $115.00 |
| 03-OCT-22 | COURIER FEE | 02-NOV-22 | $0.00 | $16.75 | $16.75 |
| 06-OCT-22 | RETAIL NSF FEE : MASTER CONTRACT | 06-OCT-22 | $0.00 | $50.00 | $50.00 |
| 06-OCT-22 | RETAIL NSF FEE : MASTER CONTRACT | 06-OCT-22 | $0.00 | $50.00 | $50.00 |
| 06-OCT-22 | RETAIL NSF FEE : MASTER CONTRACT | 06-OCT-22 | $0.00 | $50.00 | $50.00 |
| 10-OCT-22 | LOT AUDIT FAILURE FEE | 10-OCT-22 | $0.00 | $115.00 | $115.00 |
| | | | | Contract Charges Due: | $413.50 |

### Vehicle Charges

| Stock Num | VIN | Yr | Model | Title Status | Floored Date | Floored Amount | Principal Due | Interest Due | Fees Due | Other Fees Due | Status | Write Off Date | Recovery Date | Recovery Amount | Payoff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1120 | 5UXFF0C59ALT75514 | 10 | X5 | Repossessed | 03-JAN-22 | $8,125.00 | $4,446.00 | $54.26 | $220.00 | $0.00 | A | | | | $4,720.26 |
| 1121 | WBA4J3C57KBL08276 | 19 | 4-Series | Sent to Corp | 05-JAN-22 | $24,000.00 | $13,136.38 | $154.04 | $220.00 | $75.00 | A | | | | $13,585.42 |
| 1123 | 2CTALMEC8B6211497 | 11 | Terrain | Repossessed | 20-JAN-22 | $5,950.00 | $3,255.84 | $24.99 | $220.00 | $0.00 | A | | | | $3,500.83 |
| 1124 | WP0CA29963S650712 | 03 | 911 Carrera 2 | Given to Dealer | 24-JAN-22 | $21,125.00 | $11,643.60 | $83.82 | $220.00 | $100.00 | A | | | | $12,047.42 |
| 1127 | WBA3R5C52FK189347 | 15 | 4-Series | Sent to Corp | 10-FEB-22 | $21,000.00 | $14,364.00 | $251.01 | $195.00 | $285.00 | A | | | | $15,095.01 |
| 1129 | WBAXH5C53CDW11744 | 12 | 5-Series | Sent to Corp | 16-FEB-22 | $8,675.00 | $6,246.00 | $100.16 | $195.00 | $180.00 | A | | | | $6,721.16 |
| 1131 | 1GC2KVEG5FZ128843 | 15 | Silverado 2500 | Sent to Corp | 22-FEB-22 | $32,000.00 | $21,888.00 | $314.25 | $195.00 | $75.00 | A | | | | $22,472.25 |
| 1136 | JN1CV6AR3DM756079 | 13 | G37 | Default w/ Title | 04-APR-22 | $11,000.00 | $9,900.00 | $200.60 | $365.00 | $210.00 | A | | | | $10,675.60 |
| 1137 | KNMAT2MV1GP621293 | 16 | Rogue | Default w/ Title | 04-APR-22 | $11,000.00 | $9,900.00 | $200.60 | $365.00 | $210.00 | A | | | | $10,675.60 |
| 1140 | KMHHT6KD9DU109709 | 13 | Genesis Coupe | Sent to Corp | 11-APR-22 | $8,500.00 | $7,650.00 | $141.37 | $170.00 | $285.00 | A | | | | $8,246.37 |
| 1141 | 2C4RDGBG2FR711485 | 15 | Grand Caravan | Repossessed | 13-APR-22 | $8,525.00 | $7,672.50 | $137.87 | $170.00 | $210.00 | A | | | | $8,190.37 |
| 1142 | 4T1BF1FK1 | 15 | Camry | Sent to | 19-APR-22 | $14,125.00 | $12,712.50 | $209.05 | $170.00 | $180.00 | A | | | | $13,271.55 |

Status:    A-Active    U-Unforgiven    F-Forgiven



## Dealer Payoff Report

| | |
|---|---|
| Requested By: | Akers, Alison |
| Pool: | US POOL |
| AFC Branch: | New Jersey |
| Dealer #: | 430596 |
| Calculated Through: | 19-OCT-2022 |
| Sort Order: | DATE |
| Dealer Name: | Bav Auto L.L.C. Dba: Costas Auto Gallery |
| Dealer Address: | 1829 State Highway #1, Rahway Nj 07065 |
| Phone: 732-499-0171 | Fax: 908-289-3335    Mobile: 862-849-6357    Email: Costasauto@Hotmail.Com    Restricted: Y    Potential Loss: Y |
| Credit Limit | $400,000.00    Terms 60 DAYS |

Date: 19-OCT-22
Time: 02:10:27pm
Page: 2

Include Forgiven: N    Show Recovery Detail: Y

| Stock Num | VIN | Yr | Model | Title Status | Floored Date | Floored Amount | Principal Due | Interest Due | Fees Due | Other Fees Due | Write Off Status | Recovery Date | Recovery Date | Recovery Amount | Payoff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1144 | 1N4AL3AP9 EN373479 | 14 | Altima | Repossessed | 17-MAY-22 | $6,200.00 | $5,580.00 | $52.20 | $170.00 | $0.00 | A | | | | $5,802.20 |
| 1145 | 5N1AT2MV9 GC815220 | 16 | Rogue | Sent to Corp | 18-MAY-22 | $17,000.00 | $15,300.00 | $135.41 | $170.00 | $75.00 | A | | | | $15,680.41 |
| 1146 | 5UXZV4C50 CL889715 | 12 | X5 | Repossessed | 20-MAY-22 | $13,500.00 | $12,150.00 | $98.35 | $170.00 | $0.00 | A | | | | $12,418.35 |
| 1147 | ZAMFE39A2 80033629 | 08 | Quattroporte | Sent to Corp | 24-MAY-22 | $9,000.00 | $8,100.00 | $61.48 | $170.00 | $75.00 | A | | | | $8,406.48 |
| 1150 | 2T1BURHEX GC567642 | 16 | Corolla | Sent to Corp | 06-JUN-22 | $11,000.00 | $10,450.00 | $203.75 | $75.00 | $390.00 | A | | | | $11,118.75 |
| 1151 | SAJWA4GB1 ALB36681 | 10 | Xk | Sent to Corp | 07-JUN-22 | $7,769.60 | $7,012.06 | $101.07 | $75.00 | $285.00 | A | | | | $7,473.13 |
| 1152 | 1FMNU41L1 5EB23743 | 05 | Excursion | Sent to Corp | 22-JUN-22 | $5,300.00 | $5,035.00 | $76.40 | $75.00 | $75.00 | A | | | | $5,261.40 |
| 1153 | WP1AB2A54 GLB49913 | 16 | Macan | Sent to Corp | 24-JUN-22 | $25,752.79 | $24,465.15 | $365.04 | $75.00 | $75.00 | A | | | | $24,980.19 |
| 1154 | WAULFAFR5 BA086276 | 11 | A5 | Sent to Corp | 27-JUN-22 | $8,000.00 | $7,600.00 | $109.54 | $75.00 | $75.00 | A | | | | $7,859.54 |
| 1155 | 1GNEV23D5 9S103943 | 09 | Traverse | Sent to Corp | 27-JUN-22 | $3,000.00 | $2,850.00 | $41.08 | $75.00 | $75.00 | A | | | | $3,041.08 |
| 1156 | JN1BY1AR1 BM370943 | 11 | M37 | Sent to Corp | 27-JUN-22 | $9,300.00 | $8,835.00 | $127.35 | $75.00 | $75.00 | A | | | | $9,112.35 |
| 1157 | 4JGDF7DE9 EA311390 | 14 | Gl Class | Sent to Corp | 06-JUL-22 | $29,000.00 | $27,550.00 | $313.39 | $75.00 | $75.00 | A | | | | $28,013.39 |
| 1158 | 2C4RDGCG8 CR140787 | 12 | Grand Caravan | Repossessed | 19-JUL-22 | $5,600.00 | $5,320.00 | $43.06 | $75.00 | $0.00 | A | | | | $5,438.06 |
| 1159 | WBAHN8358 7DT65181 | 07 | 7-Series | Repossessed | 22-JUL-22 | $4,500.00 | $4,275.00 | $33.52 | $75.00 | $0.00 | A | | | | $4,383.52 |
| 1161 | 1HGCP2F39 CA114343 | 12 | Accord | Sent to Corp | 25-JUL-22 | $10,000.00 | $9,500.00 | $67.12 | $75.00 | $75.00 | A | | | | $9,717.12 |
| 1162 | WP1AD2A25 DLA79625 | 13 | Cayenne | Sent to Corp | 27-JUL-22 | $25,000.00 | $23,750.00 | $148.38 | $75.00 | $75.00 | A | | | | $24,048.38 |
| 1163 | WP1AB29P4 8LA44408 | 08 | Cayenne | Default w/ Title | 04-AUG-22 | $7,000.00 | $7,000.00 | $138.27 | $225.00 | $453.00 | A | | | | $7,816.27 |
| 1164 | 5NPDH4AE0 CH110176 | 12 | Elantra | Given to Dealer | 09-AUG-22 | $7,500.00 | $7,500.00 | $138.59 | $150.00 | $503.00 | A | | | | $8,291.59 |
| 1165 | 1N6BF0KL2 FN807076 | 15 | Nv 1500 | Repossessed | 16-AUG-22 | $14,000.00 | $14,000.00 | $233.78 | $150.00 | $273.00 | A | | | | $14,656.78 |
| 1166 | 19XFB2F58 FE252498 | 15 | Civic | Sent to Corp | 17-AUG-22 | $9,066.61 | $9,066.61 | $149.09 | $150.00 | $348.00 | A | | | | $9,713.70 |

Note row above 1144: FU970894 / Corp (continuation from previous page)

Status:    A-Active    U-Unforgiven    F-Forgiven



**Dealer Payoff Report**

| Requested By: | Akers, Alison | | | Date: 19-OCT-22 |
|---|---|---|---|---|
| Pool: | US POOL | | | Time: 02:10:27pm |
| AFC Branch: | New Jersey | | | Page: 3 |
| Dealer #: | 430596 | | | |
| Calculated Through: | 19-OCT-2022 | | | |
| Sort Order: | DATE | Include Forgiven: N | Show Recovery Detail: Y | |
| Dealer Name: | Bav Auto L.L.C. Dba: Costas Auto Gallery | | | |
| Dealer Address: | 1829 State Highway #1, Rahway Nj 07065 | | | |
| Phone: 732-499-0171 | Fax: 908-289-3335 | Mobile: 862-849-6357 | Email: Costasauto@Hotmail.Com   Restricted: Y | Potential Loss: Y |
| Credit Limit | $400,000.00 | | Terms 60 DAYS | |

| Stock Num | VIN | Yr | Model | Title Status | Floored Date | Floored Amount | Principal Due | Interest Due | Fees Due | Other Fees Due | Write Off Status | Recovery Date | Recovery Date | Recovery Amount | Payoff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1169 | 1FTRX14W04NA08079 | 04 | F150 | Sent to Corp | 18-AUG-22 | $3,825.00 | $3,825.00 | $61.93 | $150.00 | $243.00 | A | | | | $4,279.93 |
| 1170 | 2FMDK3GC7ABA49091 | 10 | Edge | Sent to Corp | 18-AUG-22 | $5,500.00 | $5,500.00 | $89.05 | $150.00 | $243.00 | A | | | | $5,982.05 |
| 1171 | 5UXKS4C59J0Y20014 | 18 | X5 | Sent to Corp | 16-AUG-22 | $37,765.00 | $37,765.00 | $733.29 | $135.00 | $228.00 | A | | | | $38,861.29 |
| 1172 | 1HGCP2F46CA147535 | 12 | Accord | Repossessed | 26-AUG-22 | $6,500.00 | $6,500.00 | $92.04 | $150.00 | $168.00 | A | | | | $6,910.04 |
| 1173 | WBAPK7C54BA972932 | 11 | 3-Series | Sent to Corp | 26-AUG-22 | $7,000.00 | $7,000.00 | $99.12 | $150.00 | $243.00 | A | | | | $7,492.12 |
| 1174 | 1C4RJFAG5CC154757 | 12 | Grand Cherokee | Sent to Corp | 06-SEP-22 | $11,535.00 | $11,535.00 | $131.21 | $150.00 | $168.00 | A | | | | $11,984.21 |
| 1175 | 3VWDP7AJ6CM353628 | 12 | Jetta | Repossessed | 06-SEP-22 | $4,500.00 | $4,500.00 | $51.19 | $150.00 | $168.00 | A | | | | $4,869.19 |
| 1176 | 1HD1FC4128Y696332 | 08 | Flhtcu Ultra Classic Eg | Sent to Corp | 06-SEP-22 | $8,500.00 | $8,500.00 | $96.69 | $150.00 | $243.00 | A | | | | $8,989.69 |
| | | | | Totals : | | $486,639.00 | $423,278.64 | $5,863.41 | $6,145.00 | $6,516.00 | | | | | $441,803.05 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Total Payoff:   $442,216.55

Status:   A-Active   U-Unforgiven   F-Forgiven

## Account Balance

**Dealer:** BAV AUTO L.L.C. DBA: COSTAS AUTO GALLERY
**Account #:** 430596
**Date:** 10/19/2022

| | | | | | |
|---|---|---|---|---|---|
| Floor Plan Principal | $423,278.64 | Floor Plan Interest | $5,863.41 | Floor Plan Fees [1] | $6,145.00 |
| | | | | Floor Plan Other [2] | $6,516.00 |
| Write Off Principal | $0.00 | Interest at W/O | $0.00 | Master Contract Charges [3] | $413.50 |
| Less Recovery applied to Principal | $0.00 | Interest After W/O Less Recovery applied to Interest since W/O | $0.00 | Fees at Time of W/O [1] | $0.00 |
| | | | | Other Fees at W/O [2]** | $0.00 |
| | | | | Less Recovery applied to Fees since W/O | $0.00 |
| | | | | Minus late fees beyond 3 per vehicle | $ - |
| **Total Principal Due** | **$423,278.64** | **Total Interest Due** | **$5,863.41** | **Total Fees Due** | **$13,074.50** |

| | | | |
|---|---|---|---|
| | | **Total Balance Due AFC** | **$442,216.55** |
| Prime Rate | 6.25% | | |
| Plus Rate | 3.50% | | |
| Default Rate | 15.00% | **Per Diem (Standard Rate):** | **$114.64** |
| | | **Per Diem (Default Rate):** | **$176.37** |

SOT Amounts*: $344,044.30
NSF Check Amounts*: $0.00
Total amount subject to Treble damages: $ 344,044.30
*SOT & NSF amounts given for the purpose of collecting Treble Damages.

SOT Stock Numbers: **1121, 1124, 1127, 1129, 1131, 1136, 1137, 1140, 1142, 1145, 1147, 1150, 1151, 1152, 1153, 1154, 1155, 1156, 1157, 1161, 11 1163, 1164, 1166, 1169,1170, 1171, 1173, 1176**

NSF Check Numbers: