**BAV AUTO L.L.C. DBA: COSTAS AUTO GALLERY -- 430596**

SOTs:

| Stock # | VIN | Year | Make | Model | Current Prin Balance | Avg Book Value |
|---------|-----|------|------|-------|----------------------|----------------|
| 1121 | WBA4J3C57KBL08276 | 2019 | BMW | 4-SERIES | $13,136.38 | $35,000.00 |
| 1124 | WP0CA29963S650712 | 2003 | PORSCHE | 911 CARRERA 2 | $12,600.00 | $12,600.00 |
| 1127 | WBA3R5C52FK189347 | 2015 | BMW | 4-SERIES | $14,364.00 | $21,350.00 |
| 1129 | WBAXH5C53CDW11744 | 2012 | BMW | 5-SERIES | $6,246.00 | $7,625.00 |
| 1131 | 1GC2KVEG5FZ128843 | 2015 | CHEVROLET | SILVERADO 2500 | $21,888.00 | $32,375.00 |
| 1136 | JN1CV6AR3DM756079 | 2013 | INFINITI | G37 | $9,900.00 | $11,050.00 |
| 1137 | KNMAT2MV1GP621293 | 2016 | NISSAN | ROGUE | $9,900.00 | $11,125.00 |
| 1140 | KMHHT6KD9DU109709 | 2013 | HYUNDAI | GENESIS COUPE | $7,650.00 | $8,525.00 |
| 1142 | 4T1BF1FK1FU970894 | 2015 | TOYOTA | CAMRY | $12,712.50 | $14,125.00 |
| 1147 | ZAMFE39A280033629 | 2008 | MASERATI | QUATTROPORTE | $8,100.00 | N/A |
| 1150 | 2T1BURHEXGC567642 | 2016 | TOYOTA | COROLLA | $10,450.00 | $11,000.00 |
| 1151 | SAJWA4GB1ALB36681 | 2010 | JAGUAR | XK | $7,012.06 | $15,425.00 |
| 1152 | 1FMNU41L15EB23743 | 2005 | FORD | EXCURSION | $5,035.00 | $5,300.00 |
| 1153 | WP1AB2A54GLB49913 | 2016 | PORSCHE | MACAN | $24,465.15 | $30,050.00 |
| 1154 | WAULFAFR5BA086276 | 2011 | AUDI | A5 | $7,600.00 | $7,650.00 |
| 1155 | 1GNEV23D59S103943 | 2009 | CHEVROLET | TRAVERSE | $2,850.00 | $4,050.00 |
| 1156 | JN1BY1AR1BM370943 | 2011 | INFINITI | M37 | $8,835.00 | $9,525.00 |
| 1157 | 4JGDF7DE9EA311390 | 2014 | MERCEDES-BENZ | GL CLASS | $27,550.00 | $30,050.00 |
| 1161 | 1HGCP2F39CA114343 | 2012 | HONDA | ACCORD | $9,500.00 | $8,025.00 |
| 1162 | WP1AD2A25DLA79625 | 2013 | PORSCHE | CAYENNE | $23,750.00 | $24,700.00 |
| 1163 | WP1AB29P48LA44408 | 2008 | PORSCHE | CAYENNE | $7,000.00 | $5,975.00 |
| 1164 | 5NPDH4AE0CH110176 | 2012 | HYUNDAI | ELANTRA | $7,500.00 | $6,175.00 |
| 1166 | 19XFB2F58FE252498 | 2015 | HONDA | CIVIC | $9,066.61 | $11,925.00 |
| 1169 | 1FTRX14W04NA08079 | 2004 | FORD | F150 | $3,825.00 | $2,075.00 |
| 1170 | 2FMDK3GC7ABA49091 | 2010 | FORD | EDGE | $5,500.00 | $4,350.00 |
| 1171 | 5UXKS4C59J0Y20014 | 2018 | BMW | X5 | $37,765.00 | N/A |
| 1173 | WBAPK7C54BA972932 | 2011 | BMW | 3-SERIES | $7,000.00 | $5,600.00 |
| 1176 | 1HD1FC4128Y696332 | 2008 | HARLEY-DAVIDSON | FLHTCU ULTRA CLASSIC EG | $8,500.00 | $7,665.00 |