| Stock # | VIN | Year | Make | Model | Current Prin Balance | Avg Book Value |
|---|---|---|---|---|---|---|
| 1120 | 5UXFF0C59ALT75514 | 2010 | BMW | X5 | $4,446.00 | $8,125.00 |
| 1123 | 2CTALMEC8B6211497 | 2011 | GMC | TERRAIN | $3,255.84 | $5,025.00 |
| 1141 | 2C4RDGBG2FR711485 | 2015 | DODGE | GRAND CARAVAN | $7,672.50 | $8,525.00 |
| 1144 | 1N4AL3AP9EN373479 | 2014 | NISSAN | ALTIMA | $5,580.00 | $5,225.00 |
| 1146 | 5UXZV4C50CL889715 | 2012 | BMW | X5 | $12,150.00 | $10,675.00 |
| 1158 | 2C4RDGCG8CR140787 | 2012 | DODGE | GRAND CARAVAN | $5,320.00 | $5,550.00 |
| 1159 | WBAHN83587DT65181 | 2007 | BMW | 7-SERIES | $4,275.00 | $3,125.00 |
| 1165 | 1N6BF0KL2FN807076 | 2015 | NISSAN | NV 1500 | $14,000.00 | $10,425.00 |
| 1172 | 1HGCP2F46CA147535 | 2012 | HONDA | ACCORD | $6,500.00 | $6,400.00 |
| 1175 | 3VWDP7AJ6CM353628 | 2012 | VOLKSWAGEN | JETTA | $4,500.00 | $3,800.00 |