UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

DONNA L. THOMPSON, ESQ. (DLT-0931)
(Physical Address)
1442 Lakewood Road
Manasquan, NJ  08735
(send all mail to:)
P.O. Box 679
Allenwood, NJ  08720
Tel:  (732) 292-3000
Fax: (732) 292-3004
Attorney for Secured Creditor,
Automotive Finance Corporation

IN RE:

BAV AUTO, L.L.C.
a/k/a COSTA'S  AUTO  GALLERY

CASE NO. 22-17933- JKS

HON. JOHN K. SHERWOOD, USBJ

HEARING DATE:  12/6/2022

CHAPTER  # 11

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY
IN ACCORDANCE WITH D.N.J. LBR 9013-1(a)(3)**

The within Notice of Motion requests Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d).

As the facts Movant relies upon, as set forth on the accompanying Certification, and the basis for relief from the automatic stay do not present complicated questions of fact or unique questions of law, it is hereby submitted that in accordance with D.N.J. LBR 9013-1(a)(3), no brief is necessary in the Court's consideration of the within Motion.

 /s/ DONNA L. THOMPSON, ESQ.
DONNA L. THOMPSON, ESQ.
Dated: 11/14/2022                                                                                 Attorney for Automotive Finance Corp