| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>DONNA L. THOMPSON, ESQ. (DLT-0931)<br>(Physical Address)<br>1442 Lakewood Road<br>Manasquan, NJ 08735<br>(send all mail to:)<br>P.O. Box 679<br>Allenwood, NJ 08720<br>Tel: (732) 292-3000<br>Fax: (732) 292-3004<br>Attorney for Secured Creditor,<br>Automotive Finance Corporation | Case No.:<br><br>Chapter: | 22-17933- JKS<br><br>Chapter 11 |
| In Re:<br>IN RE:<br>BAV AUTO, L.L.C.<br>a/k/a COSTA'S AUTO GALLERY | Adv. No.:<br>Hearing Date:<br>Judge: | N/A<br>12/06/2022<br>Hon. John K. Sherwood |

**CERTIFICATION OF SERVICE**

1. I, Donna L. Thompson, Esq.:

    ☒ represent Automotive Finance Corporation in this matter.

    ☐ am the secretary/paralegal for n/a, who represents n/a in this matter.

    ☐ am the n/a/in this case and am representing myself.

2. On November 14, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion
    Certification of Mark Branson with Exhibit A to E
    Statement as to Why No brief is Necessary
    Proposed Form of Order
    Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   11/14/2002                                              s/ Donna L. Thompson
                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BAV AUTO LLC<br>80 Columbia Avenue<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven D. Pertuz, Esq.<br>Law Offices of Steven D. Pertuz, LLC<br>111 Northfield Avenue, Suite 304<br>West Orange, NJ 07052 | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark Politan<br>Politan Law, LLC<br>88 East Main Street<br>Suite 502<br>Mendham, NJ 07945 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter J. D'Auria<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Office of the US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Drew S. McGehrin, Esq.<br>Duane Morris LLP<br>30S. 17th Street<br>Philadelphia, PA | Attorney for Vero Finance Technologies, Inc. d/b/a Lever Auto | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Filing<br>(As authorized by the Court or by rule. Cite |

2