UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

DONNA L. THOMPSON, ESQ. (DLT-0931)
(Physical Address)
1442 Lakewood Road
Manasquan, NJ  08735
(send all mail to:)
P.O. Box 679
Allenwood, NJ  08720
Tel:  (732) 292-3000
Fax: (732) 292-3004
Attorney for Secured Creditor,
Automotive Finance Corporation

IN RE:

BAV AUTO, L.L.C.
a/k/a COSTA'S  AUTO  GALLERY

CASE NO. 22-17933- JKS

HON. JOHN K. SHERWOOD, USBJ

HEARING DATE:  12/6/2022

CHAPTER  # 11

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(d)**

The relief set forth on the following pages numbered two is hereby ORDERED.

Dated:                                                                HON. JOHN K. SHERWOOD, U.S.B.J.

(Page 2)

IN RE:       BAV AUTO, L.L.C. a/k/a COSTA'S AUTO GALLERY
CASE NO:   22-17933- JKS
RE:         ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
           PURSUANT TO 11 U.S.C. § 362(d)

---

This matter having been brought before the Court upon the motion of **Automotive Finance Corporation** (the "Movant"), by and through its counsel, **Donna L. Thompson, Esq.**, for an order granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d) (the "Motion"); and it further appearing that all interested parties have been duly served; and the Court having considered all of the papers submitted in support of the Motion, together with all opposition submitted thereto (if any) and the arguments of counsel (if any); and for good cause shown, it is hereby

**ORDERED:**

    **1.** The automatic stay afforded by 11 U.S.C. § 362 (a) be and hereby is vacated to permit Movant to allow the repossessed collateral which was annexes as Exhibit E to the Certification of Mark Branson in support of this motion to be sold at auction and the proceeds applied to the outstanding balance owed to the creditor, AFC**.**

    IT IS FURTHER ORDERED that the Movant shall serve this Order on the Debtor, the Trustee, and any other party who entered an appearance on the within motion.

[END OF ORDER]