| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone No. (201) 871-1333<br>Counsel to Debtors<br>By:  John O'Boyle, Esq. (6337)<br>      joboyle@norgaardfirm.com | Chapter 13 |
| **In re:**<br><br>    **BAV AUTO, L.L.C.,**<br><br>                **Debtor(s).** | Case No.: 22-17933 JKS<br><br>Hearing Date:  December 13, 2022 |

### NOTICE OF MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION WITH CASE ALEXANDRE DACOSTA AND VIVIANNE ANTUNES

Alexandre Dacosta and Vivianne Antunes ("Movants"), respectfully move for an order directing that the above-captioned case be administered jointly with their bankruptcy case no. 22-18303.  **Your rights may be affected.**  You should read these papers carefully and discuss them with your lawyer, if you have one on this case.  (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to enter the requested order, or if you want the court to consider your views on the motion, then at least seven (7) days in advance of the hearing, you or your lawyer must:

File with the court a written response or answer explaining your position, and mail a copy too:

> Norgaard, O'Boyle & Hannon
> 184 Grand Avenue
> Englewood, New Jersey 07631

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it at least seven (7) days in advance of the hearing date.

**HEARING SCHEDULED TO BE HELD BEFORE:**
Honorable:    John K. Sherwood, U.S.B.J.
Date:   December 13, 2022
Time:  10:00 A.M.

Place: King Federal Building, 50 Walnut Street, Newark, NJ 07102
APPEARANCES MAY BE MADE TELEPHONICALLY
THROUGH COURT SOUTIONS

Pursuant to D.N.J. LBR 9013-1(f), the movant waives oral argument unless opposition to the motion is filed or the court requires appearances. Pursuant to D.N.J. LBR 9013-1(d), if you wish to oppose the motion, you must file with the Office of the Clerk of the Bankruptcy Court responding papers stating with particularity the basis of your opposition to the motion.

Copies of the proposed orders that the movants seek are enclosed with this Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter the order requested therein.

**Statement of Non-Necessity of Brief**: The movants certify pursuant to D.N.J. LBR 9013-2 that this motion involves common questions of law and fact and does not involve complex or novel issues requiring the submission of a legal brief.

NORGAARD, O'BOYLE & HANNON
*Attorneys for Movants*

Dated: November 16, 2022           /s/    John O'Boyle
                                          John O'Boyle, Esq.