UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____     _____
                                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>     (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>       (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

131 Union Street LLC
131 Union St.
Newark, NJ 07105-1346

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

American Express
PO Box 981535
El Paso, TX 79998-1535

Auction Credit Enterprises LLC
14951 Dallas Pkwy., Ste. 200
Dallas, TX 75254-6883

Automotive Finance Corp. of NJ
200 N. Main Street
Manville, NJ 08835-1357

Bank of America
PO Box 45144
Jacksonville, FL 32232-5144

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Donna L. Thompson, Esq.
1442 Lakewood Rd.
Manasquan, NJ 08736

Marie Ann Greenberg
30 Two Bridges Rd.
Ste. 330
Fairfield, NJ 07004

Peter D'Auria, Esq.
Office of the US Trustee
US Dept. of Justice
One Newark Center, Ste. 2100
Newark, NJ 07102

Steve D. Pertuz, Esq.
111 Northfield Avenue, Ste. 304
West Orange, NJ 07052

Best Egg
PO Box 42912
Philadelphia, PA 19101

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

CFG Merchant Solutions, LLC
180 Maiden Ln, Fl 15
New York, NY 10038-4925

Chase Amazon
PO Box 15298
Wilmington, DE 19850-5298

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Clara Maas Medical Center
1 Clara Maass Dr.
Belleville, NJ 07109-3550

Cloudfund LLC
400 Rella Blvd., Ste. 165-101
Suffern, NY 10901-4241

Dealer Capital Group Inc.
67 Crystal St.
Avenel, NJ 07001-1125

Discover Bank
PO Box 30939
Salt Lake City, UT 84130-0939

Discover Personal Loans
PO Box 15316
Wilmington, DE 19850-5316

Duane Morris LLP
1 Riverfront Plz., Ste. 1800
Newark, NJ 07102-5437

Ernesto Gonzalez
361 S. Broad St.
Elizabeth, NJ 07202-3515

Fox Business Funding
1920 E. Hallandale Beach Blvd., Ste. 503
Hallandale Beach, FL 33009-4723

Jaclyn Sage
10333 N Meridian St., Ste. 400
Indianapolis, IN 46290-1112

Jeremy Dunn, Esq.
11299 Illnois St.
Carmel, IN 46032-8887

Jersey Express LLC
23 Lake Dr.
North Brunswick, NJ 08902-4828

Jewelers Reserve/CBNA
5800 S. Corporate Pl.
Sioux Falls, SD 57108-5027

Jose D. Echevarria, Esq.
11 Broadway, Ste. 615
New York, NU 10004-1490

| | | |
|---|---|---|
| JB Morgan Chase<br>700 Kansas Ln.<br>Monroe, LA 71203-4774 | JP Morgan Chase Bank<br>PO Box 15369<br>Wilmington, DE 19850-5369 | Juniper Mastercard<br>PO Box 13337<br>Philadelphia, PA 19101-3337 |
| Kinetic Advantage Inc.<br>10333 N. Meridian St.<br>Indianapolis, IN 46290-1150 | Lending Bank<br>595 Market St., Ste. 200<br>San Francisco, CA 94105-2802 | Lightstream<br>PO Box 849<br>Wilson, NC 27894-0849 |
| Manheim NY Metro Skyline Inc.<br>100 US Highway 46<br>Fairfield, NJ 07004-3217 | Nextgear Capital Inc.<br>11799 N. College Ave.<br>Carmel, IN 46032-5605 | Olympic Payroll Services<br>64 US Highway 46<br>Pine Brook, NJ 07058-9629 |
| Pressler and Pressler<br>7 Entin Rd.<br>Parsippany, NJ 07054-5020 | Prosperum Capital Partners LLC<br>dba Arsenal Funding<br>8 West 36th St. Fl 7<br>New York, NY 10018-9774 | Proventure Capital<br>99 Wall St. # 576<br>New York, NY 10005-4301 |
| River Capital Partner LLC<br>1 River Rd., Ste. 200<br>Cos Cob, CT 06807-2755 | Santander Bank<br>Mail Code 10-421-CN2<br>PO Box 12646<br>Reading, PA 19612-2646 | Shanna Kaminski, Esq.<br>160 W. Fort St., Fl 5<br>Detroit, MI 48226-3700 |
| SOFI Bank<br>2750 E. Cottonwood Pkwy. Ste. 300<br>Salt Lake City, UT 84121-7285 | Steven Zakharyayev, Esq.<br>PO Box 342<br>Marlboro, NJ 07746-0342 | SYNCB/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Thrift Investment Corp.<br>720 King Goerge Rd.<br>Fords, NJ 08863-1974 | Trinitas Regional Medical Center<br>225 Williamson St.<br>Elizabeth, NJ 07202-3625 | Vero Finance<br>dba Lever Auto Financing<br>287 Park Ave. S., Ste. 700<br>New York, NY 10010-5413 |
| Vero Finance Tecnologies Inc.<br>dba Lever<br>109 S. 5th St., Fl 6<br>Brooklyn, NY 11249-5869 | Westlake Flooring Services Inc.<br>4751 Wilshire Blvd. Ste. 100<br>Los Angeles, CA 90010-3847 | NJ Division of Motor Vehicles<br>Business Licensing Service Bureau PO<br>PO Box 170<br>Trenton, NJ 08666-0170 |
| NJ Division of Taxation<br>PO Box 283<br>Trenton, NJ 08646-0283 | Santander Collections<br>450 Penn St.<br>Reading, PA 19602-1011 | Arsenal Funding Corp.<br>8 W 36th St., Fl 7<br>New York, NY 10018-9774 |
| Drew S. MGehrin, Esq.<br>Duane Morris, LLP<br>30 S. 17th St.<br>Philadelphia, PA 19103-4001 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Lever Auto Financing<br>287 Park Ave. S., Ste. 700<br>New York, NY 10010-5413 |

Mark Politan, Esq.
Politan Law, LLC
88 E. Main St., #502
Mendham, NJ 07945-1832