| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

Case No.: _____

Chapter:  11 (Small Business Subchapter V)

Judge:  _____

# SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief: _____

Trustee: _____

Has the debtor attended an initial debtor interview?     Yes ❏     No ❏

If no, please explain:
_____

Has the trustee concluded the 341 meeting?     Yes ❏     No ❏

If no, please explain:
_____

Has the debtor filed all postpetition financial reports?     Yes ❏     No ❏

If no, please explain:
_____

Has the debtor filed all monthly operating reports?     Yes ❏     No ❏

If no, please explain:
_____

Is all relevant insurance in place and current?     Yes ❏     No ❏

If no, please explain:
_____

Has the debtor filed all applicable tax returns?  Yes ❑  No ❑

    If no, please explain:
    _____

Has the debtor paid all taxes entitled to administrative expense priority?  Yes ❑  No ❑

    If no, please explain:
    _____

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

_____
_____
_____
_____

Other relevant information:

_____
_____
_____
_____

<u>Note</u>: **Debtor must file a plan not later than 90 days after entry of order for relief.** Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the trustee and all parties in interest.

Date: _____          _____
                                                                Debtor

Date: _____          _____
                                                                Joint Debtor

*new.2/19/2020*