**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

**IN RE:**                                                                          Case No. _____

BAV AUTO, L.L.C. _____    Chapter **11** _____
                              Debtor(s)

**CERTIFICATE OF SERVICE**

I  hereby certify that on  **November 29, 2022**_____ , a copy of **Certification In Limited Opposition To Automotive Finance** _____
was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Respectfully submitted,
**BAV AUTO, L.L.C.**

**/s/ Steven D. Pertuz**_____
**Steven D. Pertuz 008542001**
**The Law Office of Steven D. Pertuz, LLC**
**111 Northfield Ave Ste 304**
**West Orange, NJ  07052-4703**
**(973) 669-8600  Fax: (973) 669-8700**
**pertuzlaw@verizon.net**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

BAV AUTO, L.L.C.
80 Columbia Ave
Kearny, NJ  07032-2948

Alexandre DaCosta

Automotive Finance Corp. of NJ
200 N Main St
Manville, NJ  08835-1357

Donna M. Thompson, Esq.
PO Box 679
Allenwood, NJ  08720-0679

Jeremy M Dunn, Esq.
Automotive Finance Corporation
11299 N Illiniois St
Carmel, IN  46032

Mark Politan, Esq.
Politan Law, LLC
88 E Main St # 502
Mendham, NJ  07945-1832

Peter J. D'Auria, Esq.
Office Of The United States Trustee
1 Newark Ctr # 2100
Newark, NJ  07102-5235

Vivianne C. Antunes
80 Columbia Ave
Kearny, NJ  07032-2948

Software Copyright (c) 2022 CINGroup - www.cincompass.com