Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22–17933–JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    BAV AUTO L.L.C.
    aka Costa's Auto Gallery, aka Costa's Auto
    Gallery
    80 Columbia Avenue
    Kearny, NJ 07032

Social Security No.:


Employer's Tax I.D. No.:
    45–3067479

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on December 2, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 32 – 27
Order Granting Application To Allow Attorney Christopher V. Arisco as Attorney to Appear Pro Hac Vice (Related Doc # 27). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 11/30/2022. (zlh)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: December 2, 2022
JAN: zlh


                                          Jeanne Naughton
                                          Clerk