Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  22−17933−JKS
        Chapter:  11
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   BAV AUTO L.L.C.
   aka Costa's Auto Gallery, aka Costa's Auto
   Gallery
   80 Columbia Avenue
   Kearny, NJ 07032

Social Security No.:

Employer's Tax I.D. No.:
   45−3067479

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on December 2, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 32 − 27
Order Granting Application To Allow Attorney Christopher V. Arisco as Attorney to Appear Pro Hac Vice (Related Doc # 27). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 11/30/2022. (zlh)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 2, 2022
JAN: zlh

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
BAV AUTO L.L.C.  
    Debtor

Case No. 22-17933-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Dec 02, 2022      Form ID: orderntc      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Christopher V. Arisco, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + Auction Credit Enterprises, LLC, c/o Stark & Stark, PC, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2022 at the address(es) listed below:

**Name**      **Email Address**

Donna L. Thompson  
     on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com

Drew S. McGehrin  
     on behalf of Creditor Vero Finance Technologies  Inc. dsmcgehrin@duanemorris.com

John O'Boyle  
     on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com  
     sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

Joseph H. Lemkin  
     on behalf of Creditor Auction Credit Enterprises  LLC jlemkin@stark-stark.com

Mark Politan  
     mpolitan@politanlaw.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 02, 2022 | Form ID: orderntc | Total Noticed: 2

Steven D. Pertuz
        on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net  G16461@notify.cincompass.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7