| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>DONNA L. THOMPSON, ESQ. (DLT-0931)<br>(Physical Address)<br>1442 Lakewood Road<br>Manasquan, NJ  08735<br>(send all mail to:)<br>P.O. Box 679<br>Allenwood, NJ  08720<br>Tel:  (732) 292-3000<br>Fax: (732) 292-3004<br>Attorney for Secured Creditor,<br>Automotive Finance Corporation | <br>**Order Filed on December 19, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>BAV AUTO, L.L.C.<br>a/k/a COSTA'S  AUTO  GALLERY | CASE NO. 22-17933- JKS<br><br>HON. JOHN K. SHERWOOD, USBJ<br><br>HEARING DATE:  12/6/2022<br><br>CHAPTER  # 11 |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
### PURSUANT TO 11 U.S.C. § 362(d)

The relief set forth on the following page, numbered two, is hereby ORDERED.

**DATED: December 19, 2022**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| IN RE: | BAV AUTO, L.L.C. a/k/a COSTA'S AUTO GALLERY |
| CASE NO: | 22-17933- JKS |
| RE: | ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) |

This matter having been brought before the Court upon the motion of **Automotive Finance Corporation** (the "Movant"), by and through its counsel, **Donna L. Thompson, Esq**., for an order granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d) (the "Motion"); and it further appearing that all interested parties have been duly served; and the Court having considered all of the papers submitted in support of the Motion, together with all opposition submitted thereto (if any) and the arguments of counsel (if any); and for good cause shown, it is hereby

**ORDERED:**

1.     The automatic stay afforded by 11 U.S.C. § 362 (a) be and hereby is vacated to permit Movant to allow the repossessed collateral which was annexed as Exhibit E to the Certification of Mark Branson in support of this motion to be sold at auction and the proceeds applied to the outstanding balance owed to the creditor, AFC**.**

IT IS FURTHER ORDERED that the Movant shall serve this Order on the Debtor, the Trustee, and any other party who entered an appearance on the within motion.

[END OF ORDER]