UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

DONNA L. THOMPSON, ESQ. (DLT-0931)
(Physical Address)
1442 Lakewood Road
Manasquan, NJ 08735
(send all mail to:)
P.O. Box 679
Allenwood, NJ 08720
Tel: (732) 292-3000
Fax: (732) 292-3004
Attorney for Secured Creditor,
Automotive Finance Corporation

Order Filed on December 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

BAV AUTO, L.L.C.
a/k/a COSTA'S AUTO GALLERY

CASE NO. 22-17933- JKS

HON. JOHN K. SHERWOOD, USBJ

HEARING DATE: 12/6/2022

CHAPTER # 11

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

The relief set forth on the following page, numbered two, is hereby ORDERED.

**DATED: December 19, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

IN RE: BAV AUTO, L.L.C. a/k/a COSTA'S AUTO GALLERY
CASE NO: 22-17933- JKS
RE: ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)

---

This matter having been brought before the Court upon the motion of **Automotive Finance Corporation** (the "Movant"), by and through its counsel, **Donna L. Thompson, Esq**., for an order granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d) (the "Motion"); and it further appearing that all interested parties have been duly served; and the Court having considered all of the papers submitted in support of the Motion, together with all opposition submitted thereto (if any) and the arguments of counsel (if any); and for good cause shown, it is hereby

**ORDERED:**

**1.** The automatic stay afforded by 11 U.S.C. § 362 (a) be and hereby is vacated to permit Movant to allow the repossessed collateral which was annexed as Exhibit E to the Certification of Mark Branson in support of this motion to be sold at auction and the proceeds applied to the outstanding balance owed to the creditor, AFC**.**

IT IS FURTHER ORDERED that the Movant shall serve this Order on the Debtor, the Trustee, and any other party who entered an appearance on the within motion.

[END OF ORDER]

United States Bankruptcy Court
District of New Jersey

In re:
BAV AUTO L.L.C.
Debtor

Case No. 22-17933-JKS
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Dec 19, 2022 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BAV AUTO L.L.C., 80 Columbia Avenue, Kearny, NJ 07032-2948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donna L. Thompson | on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com |
| Drew S. McGehrin | on behalf of Creditor Vero Finance Technologies Inc. dsmcgehrin@duanemorris.com |
| John O'Boyle | on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Joseph H. Lemkin | on behalf of Creditor Auction Credit Enterprises LLC jlemkin@stark-stark.com |
| Mark Politan | mpolitan@politanlaw.com |
| Steven D. Pertuz | |

| | |
|---|---|
| | on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net G16461@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7