**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

**IN RE:**                                                                                          Case No. _____

**BAV AUTO, L.L.C.**_____                Chapter **11**_____
                                    Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that on **December 28, 2022**_____, a copy of **Retention Application of A. Atkins Appraisal Corp. As Appraiser** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Respectfully submitted,
**BAV AUTO, L.L.C.**

*/s/ Steven D. Pertuz*_____
**Steven D. Pertuz 008542001**
**The Law Office of Steven D. Pertuz, LLC**
**111 Northfield Ave Ste 304**
**West Orange, NJ  07052-4703**
**(973) 669-8600  Fax: (973) 669-8700**
**pertuzlaw@verizon.net**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| | | |
|---|---|---|
| BAV AUTO, L.L.C.<br>80 Columbia Ave<br>Kearny, NJ 07032-2948 | 131 Union Street LLC<br>131 Union St<br>Newark, NJ 07105-1346 | Alexandre DaCosta |
| Alexandre DeCosta | Alexandre DeCosta<br>80 Columbia Ave<br>Kearny, NJ 07032-2948 | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 |
| Arsenal Funding Corp.<br>8 W 36th St Fl 7<br>New York, NY 10018-9774 | Auction Credit Enterprises, LLC<br>14951 Dallas Pkwy Ste 200<br>Dallas, TX 75254-6883 | Automotive Finance Corp. of NJ<br>200 N Main St<br>Manville, NJ 08835-1357 |
| Capital One Bank<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Cloudfund LLC<br>400 Rella Blvd Ste 165-101<br>Suffern, NY 10901-4241 |
| Dealer Capital Group, Inc.<br>67 Crystal St<br>Avenel, NJ 07001-1125 | Donna M. Thompson, Esq.<br>PO Box 679<br>Allenwood, NJ 08720-0679 | Drew S. McGehrin, Esq.<br>Duane Morris, LLP<br>30 S 17th St<br>Philadelphia, PA 19103-4001 |
| Ernesto Gonzalez<br>361 S Broad St<br>Elizabeth, NJ 07202-3515 | Fox Business Funding<br>1920 E Hallandale Beach Blvd Ste 503<br>Hallandale Beach, FL 33009-4723 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| Jaclyn Sage<br>Manager of Collections<br>10333 N Meridian St Ste 400<br>Indianapolis, IN 46290-1112 | Jeremy M Dunn, Esq.<br>Automotive Finance Corporation<br>11299 N Illiniois St<br>Carmel, IN 46032 | Jersey Express, LLC<br>23 Lake Dr<br>North Brunswick, NJ 08902-4828 |
| Kinetic Advantage Inc.<br>10333 N Meridian St<br>Indianapolis, IN 46290-1150 | Lever Auto Financing<br>287 Park Ave S Ste 700<br>New York, NY 10010-5413 | Manheim NY Metro Skyline, Inc.<br>100 US Highway 46<br>Fairfield, NJ 07004-3217 |
| Mark Politan, Esq.<br>Politan Law, LLC<br>88 E Main St # 502<br>Mendham, NJ 07945-1832 | Nextgear Capital, Inc.<br>11799 N College Ave<br>Carmel, IN 46032-5605 | NJ Division of Motor Vehicles<br>Business Licensing Services Bureau PO<br>PO Box 170<br>Trenton, NJ 08666-0170 |
| NJ Division Of Taxation<br>PO Box 283<br>Trenton, NJ 08646-0283 | Olympic Payroll Services<br>64 US Highway 46<br>Pine Brook, NJ 07058-9629 | Peter J. D'Auria, Esq.<br>Office Of The United States Trustee<br>1 Newark Ctr # 2100<br>Newark, NJ 07102-5235 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| | | |
|---|---|---|
| **Proventure Capital**<br>99 Wall St # 576<br>New York, NY  10005-4301 | **River Capital Partners, LLC**<br>1 River Rd Ste 200<br>Cos Cob, CT  06807-2755 | **Santander Bank**<br>Mail Code 10-421-CN2<br>PO Box 12646<br>Reading, PA  19612-2646 |
| **Santander Collections**<br>450 Penn St<br>Reading, PA  19602-1011 | **Shanna Kaminski, Esq.**<br>Kaminski Law PLLC<br>160 W Fort St Fl 5<br>Detroit, MI  48226-3700 | **Vivianne C. Antunes**<br>80 Columbia Ave<br>Kearny, NJ  07032-2948 |
| **Westlake Flooring Services, Inc.**<br>4751 Wilshire Blvd Ste 100<br>Los Angeles, CA  90010-3847 | | |