# EXHIBIT C

## Projected Monthly Budget

INCOME:

| | |
|---|---|
| Gross Salary - Vivianne Antunes | $ 5,417.00 |
| Gross Salary – Alexandre Dacosta | $ 3,250.00 |
| TOTAL | $ 8,667.00 |

EXPENSES:

| | |
|---|---|
| Taxes | $ 400.00 |
| Mortgage/Housing Expense | $ 2,450.00 |
| Home Maintenance & Repair | $ 200.00 |
| Utilities & phone | $ 450.00 |
| Health Insurance | $ 300.00 |
| Childcare | $ 600.00 |
| Food & Housekeeping supplies | $ 1,200.00 |
| Car Payment | $ 895.00 |
| Medical | $ 200.00 |
| Life Insurance | $ 400.00 |
| Clothing/Laundry/Dry Cleaning | $ 30.00 |
| Vehicle Insurance | $ 250.00 |
| Vehicle fuel/maintenance | $ 200.00 |
| TOTAL EXPENSES | $ 7,575.00 |

| | |
|---|---|
| Projected Monthly Income | $ 8,667.00 |
| Projected Monthly Expenses | ($ 7,575.00) |
| Amount Available for Monthly Plan Payments | $ 1,092.00 |