# EXHIBIT E

# Liquidation Analysis

**BAV Assets:**

| Property | Value |
|---|---|
| Bank Deposits | $    500.00 |
| Accounts Receivable ($12,789 face amount; uncollectable) | $      0.00 |
| Deposits with Floorplan Lenders | $ 54,000.00 |
| Less claims of Floorplan Lenders | ($ 54,000.00) |
| Office Equipment & Furniture | $  1,000.00 |
| Vehicle Inventory | $111,150.00 |
| Less cost of sale | ($  11,115.00) |
| Less claims of Floorplan Lenders | ($100,035.00) |
| NET VALUE | $  1,500.00 |
| Less claims of other Secured Creditors | ($   1,500.00) |
| AMOUNT AVAILABLE FOR DISTRIBUTION TO UNSECURED CREDITORS IN LIQUIDATION | $      0.00 |

**Dacosta & Antunes Assets:**

| | |
|---|---|
| Residence | $435,000.00 |
| Less JP Morgan Chase Mortgage | ($182,285.97) |
| Less cost of liquidation | ($  43,500.00) |
| Less exemptions | ($  55,800.00) |
| Cash & Deposits | $143,900.00 |
| Less exemptions – Code Sec.522(d)(5) | ($   2,950.00) |
| Less exemptions -  Code Sec. 522(d)(11)(D) | ($  27,900.00) |
| PI Settlement | $ 13,000.00 |
| Less exemptions – Code Sec. 522(d)(11)(D) | ($  13,000.00) |
| Vehicle: 2020 BMW X3 | $  50,000.00 |
| Less BOA Secured Claim | ($  50,000.00) |
| Vehicle: 2008 Lamborghini | $  95,000.00 |

|  |  |
|---|---|
| Less Thrift Investment Secured Claim | ($  95,000.00) |
| | |
| Vehicle: 2013 Porsche Cayenne | $  15,617.00 |
| Less Thrift Investment Secured Claim | ($  15,617.00) |
| | |
| Vehicle: 1988 BMW 325i | $  15,000.00 |
| | |
| Household furnishings | $  3,000.00 |
| Less exemptions – Code Sec. 522(d)(3) | ($  3,000.00) |
| | |
| TV & computer equipment | $  1,000.00 |
| Less exemptions – Code Sec. 522(d)(3) | ($  1,000.00) |
| | |
| Clothing | $  500.00 |
| Less exemptions – Code Sec. 522(d)(3) | ($  500.00) |
| | |
| NET VALUE | $ 281,464.03 |
| Less Chapter 7 Admin. Expenses - Code Sec. 326(a) | ($  27,195.00) |
| Less other Chapter 7 Admin. Exp Code Sec. 330 (est) | ($  30,000.00) |
| Less Chapter 11 Admin Exp Code Sec. 330 (est) | ($  40,000.00) |
| Less Prioirity IRS Claim | ($  20,075.33) |
| | |
| AMOUNT AVAILABLE FOR DISTRIBUTION | |
| TO UNSECURED CREDITORS IN LIQUIDATION | $ 164,193.70 |
| | |
| AMOUNT TO BE DISTRIBUTED TO UNSECURED | |
| CREDITORS UNDER PLAN | $ 200,000.00 |