UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

**Order Filed on January 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

BAV AUTO L.L.C.
aka COSTA'S AUTO GALLERY

Case No.: 22-17933

Chapter: 11

Judge: JKS

## ORDER AUTHORIZING RETENTION OF

A. ATKINS APPRAISAL CORP.

The relief set forth on the following page is **ORDERED**.

**DATED: January 5, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain   A. Atkins Appraisal Corp.
as   Appraiser  , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  A. Atkins Appraisal Corp.
   122 Clinton Road
   Fairfield, NJ 07004

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*