**Politan Law, LLC**
88 East Main Street, #502
Mendham, NJ 07945
Phone: 973.768.6072

# INVOICE

**Date:** 01/15/2023
**Invoice #:** 10411
**Matter:** Subchapter V Trustee
**File #:** 55630-1

**Bill To:**
BAV Auto, LLC

**Due Date:** Due Upon Receipt

**Payments received after 01/15/2023 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/11/2022 | MP | B110-Case Administration<br>Review case background and creditor information | 0.20 | $400.00 | $80.00 |
| 10/11/2022 | MP | B110-Case Administration<br>Telephone call to counsel re: case background and objectives | 0.10 | $400.00 | $40.00 |
| 10/13/2022 | MP | B110-Case Administration<br>Discussion with debtor's counsel re: case background and immediate issues to address including financing | 0.40 | $400.00 | $160.00 |
| 10/14/2022 | MP | B160-Fee/Employment Applications<br>Review retention application of debtor's counsel | 0.10 | $400.00 | $40.00 |
| 10/14/2022 | MP | B110-Case Administration<br>Address scheduling of 341 meeting | 0.10 | $400.00 | $40.00 |
| 10/18/2022 | MP | B110-Case Administration<br>Address scheduling of IDI with UST and Debtor's counsel | 0.10 | $400.00 | $40.00 |
| 10/27/2022 | MP | B230-Financing/Cash Collections<br>Draft email to counsel re: use of cash collateral and status of financing for operations | 0.10 | $400.00 | $40.00 |
| 10/28/2022 | MP | B110-Case Administration<br>Review response from Debtor's counsel re: status of operations and strategy for case | 0.10 | $400.00 | $40.00 |
| 10/31/2022 | MP | B160-Fee/Employment Applications<br>Review order employing counsel to Debtor | 0.10 | $400.00 | $40.00 |

**Politan Law, LLC**
88 East Main Street, #502
Mendham, NJ 07945
Phone: 973.768.6072

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/31/2022 | MP | B110-Case Administration<br>Review insurance, DIP account, tax documents and communication from counsel in advance of IDI | 0.50 | $400.00 | $200.00 |
| 11/01/2022 | MP | B110-Case Administration<br>Attend initial debtor interview | 1.00 | $400.00 | $400.00 |
| 11/02/2022 | MP | B110-Case Administration<br>Address scheduling for 341 meeting and respond to creditor inquiries | 0.30 | $400.00 | $120.00 |
| 11/04/2022 | MP | B150-Meetings of and Communications with Creditors<br>Draft email to creditor's counsel with dial in information for 341 meeting of creditors | 0.10 | $400.00 | $40.00 |
| 11/04/2022 | MP | B110-Case Administration<br>Call with Debtor's counsel re: principals' chapter 13 filing and impact on case direction, potential consolidation | 0.30 | $400.00 | $120.00 |
| 11/07/2022 | MP | B210-Business Operations<br>Review insurance binder and declarations page for applicable coverages | 0.10 | $400.00 | $40.00 |
| 11/09/2022 | MP | B110-Case Administration<br>Review multiple documents in advance of 341 meeting provided by Debtor including information about the principals' chapter 13 filings | 0.50 | $400.00 | $200.00 |
| 11/09/2022 | MP | B150-Meetings of and Communications with Creditors<br>Attend 341 meeting | 1.70 | $400.00 | $680.00 |
| 11/11/2022 | MP | B110-Case Administration<br>Address issues with UST re: potential consolidation of individual cases and corporate case and schedule call with counsel to address same | 0.30 | $400.00 | $120.00 |
| 11/14/2022 | MP | B110-Case Administration<br>Call with Debtor's counsel, UST and personal counsel to principals re: strategy for case consolidation, impact on deadlines under subchapter v and plan to move forward | 0.60 | $400.00 | $240.00 |
| 11/15/2022 | MP | B140-Relief from Stay/Adequate Protection Proceedings<br>Review motion to lift stay from floor plan lender and supporting documents | 0.40 | $400.00 | $160.00 |
| 11/15/2022 | MP | B110-Case Administration<br>Review schedules and SOFA from individual chapter 13 case re: jointly held debts and available assets and draft email to UST | 0.30 | $400.00 | $120.00 |
| 11/16/2022 | MP | B190-Other Contested Matters (excluding assumption/rejection motions)<br>Review motion to convert individuals' chapter 13 cases to sub v chapter 11 cases and consolidate with | 0.20 | $400.00 | $80.00 |

**Politan Law, LLC**
88 East Main Street, #502
Mendham, NJ 07945
Phone: 973.768.6072

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | corporate entity case and supporting pleadings | | | |
| 11/20/2022 | MP | B110-Case Administration<br>Review initial status report | 0.10 | $400.00 | $40.00 |
| 11/21/2022 | MP | B110-Case Administration<br>Read and respond to emails from UST Office re: status report and issues re: conversion and joint administration | 0.20 | $400.00 | $80.00 |
| 11/22/2022 | MP | B110-Case Administration<br>Attend initial status conference | 0.90 | $400.00 | $360.00 |
| 11/29/2022 | MP | B140-Relief from Stay/Adequate Protection Proceedings<br>Telephone call to debtor's counsel and creditor's counsel re: status of lift stay and potential for adjournment of hearing to combine hearings; draft email re: same | 0.20 | $400.00 | $80.00 |
| 11/29/2022 | MP | B140-Relief from Stay/Adequate Protection Proceedings<br>Review response to lift stay motion and discuss same with debtor's counsel | 0.30 | $400.00 | $120.00 |
| 11/30/2022 | MP | B140-Relief from Stay/Adequate Protection Proceedings<br>Respond to emails re: lift stay and status of cars not repossessed by lender | 0.20 | $400.00 | $80.00 |
| 12/05/2022 | MP | B140-Relief from Stay/Adequate Protection Proceedings<br>Review multiple emails re: consent order and status of vehicles from counsel to movant and debtor's counsel | 0.20 | $400.00 | $80.00 |
| 12/06/2022 | MP | B310-Claims Administration and Objections<br>Review claims registry and claim of secured floor plan lender | 0.20 | $400.00 | $80.00 |
| 12/07/2022 | MP | B110-Case Administration<br>Review objection of UST to joint administration and election of sub v for individuals | 0.20 | $400.00 | $80.00 |
| 12/12/2022 | MP | B130-Asset Disposition<br>Call to S. Pertuz re: status of proposed asset sales | 0.10 | $400.00 | $40.00 |
| 12/13/2022 | MP | B110-Case Administration<br>Settlement call with debtor's counsel, UST and individual debtors' counsel | 1.00 | $400.00 | $400.00 |
| 12/13/2022 | MP | B110-Case Administration<br>Review and comment on conversion and joint administration proposed order | 0.10 | $400.00 | $40.00 |
| 12/14/2022 | MP | B110-Case Administration<br>Attend hearing and status conference re: conversion and joint administration of corporate and individual | 1.10 | $400.00 | $440.00 |

**Politan Law, LLC**
88 East Main Street, #502
Mendham, NJ 07945
Phone: 973.768.6072

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | debtor cases |  |  |  |
| 12/22/2022 | MP | B160-Fee/Employment Applications<br>Address advance of funds towards fees in bankruptcy matter from outside sources with debtor's counsel | 0.20 | $400.00 | $80.00 |
| 12/28/2022 | MP | B160-Fee/Employment Applications<br>Review retention application of Atkins as appraiser and supporting documents | 0.10 | $400.00 | $40.00 |
| 01/05/2023 | MP | B160-Fee/Employment Applications<br>Review order retaining Atkins as appraisers | 0.10 | $400.00 | $40.00 |
| 01/15/2023 | MP | B160-Fee/Employment Applications<br>Prepare interim fee application and supporting documents | 0.50 | $400.00 | $200.00 |

|  |  |  |
|---|---|---|
| **For professional services rendered** | **13.30** | **$5,320.00** |

**Additional Charges**

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/2022 | MP | E112-Court fees<br>Court Solutions appearance fee | 1 | $50.00 | $50.00 |

|  |  |
|---|---|
| **Total additional charges** | **$50.00** |
| **Invoice Amount** | **$5,370.00** |
| **Balance Due** | **$5,370.00** |
| **Retainer Balance (as of 01/15/2023)** | **$2,500.00** |