| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

In Re:

Case No.:        _____

Hearing Date:   _____

Judge:          _____

Chapter:        _____

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows and the Applicant may apply any retainer held towards the award:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |

*rev.8/1/15*