Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**


District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  22−17933−JKS
Chapter:  11
Judge:  John K. Sherwood


In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   BAV AUTO L.L.C.
   aka Costa's Auto Gallery, aka Costa's Auto
   Gallery
   80 Columbia Avenue
   Kearny, NJ 07032

Social Security No.:


Employer's Tax I.D. No.:
   45−3067479

_____

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**


        NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        2/16/23
Time:        10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ
07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not
required.

        The following applications for compensation have been filed:

_____

APPLICANT(S)
Mark Politan, Trustee Chapter 11


COMMISSION OR FEES
$5,320.00


EXPENSES
$50.00

_____

If this is a chapter 13 case, the fees and expenses awarded:


        ☐        will not reduce the amount to be paid to general unsecured
                 creditors under the plan.


        ☐        will reduce the amount to be paid to general unsecured
                 creditors under the plan as follows:


Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.


Dated: January 17, 2023
JAN:


                                                     Jeanne Naughton
                                                     Clerk