UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Alexandre Dacosta & Vivianne Antunes
By: John O.Boyle (JO -6337)
joboyle@norgaardfirm.com

In Re:

BAV AUTO, L.L.C.

Debtor.

Case No.: 22-17933
Adv. Pro. No.: N/A
Chapter: 11
Subchapter V: ☒ Yes ☐ No
Hearing Date: Jan. 17, 2023
Judge: Sherwood

## ADJOURNMENT REQUEST

1. I, __John O'Boyle, Esq.__,

   ☒ am the attorney for: __Debtors__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Continued Hearing on Motion for Joint Adminsitration (ECF No. 24)

   Current hearing date and time: January 17, 2023 at 10 AM

   New date requested: February 7, 2023

   Reason for adjournment request: To address concerns of US Trustee and so hearing conicides with hearing on confirmation of plan

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: __1/16/2023_____        /s/ John O'Boyle_____
                                            Signature

**COURT USE ONLY:**
_____

The request for adjournment is:

☒ Granted            New hearing date: _February 7, 2023 at 10:00 AM_    ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____    ❏ Peremptory

❏ Denied

    **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*