| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>JOSEPH H. LEMKIN, ESQ.<br>STARK & STARK<br>Attorneys at Law<br>993 Lenox Drive<br>Lawrenceville, New Jersey 08648<br>(609) 791-7022 – Telephone<br>(609) 895-7395 – Facsimile<br>Attorney for Secured Creditor<br>XL Funding, LLC d/b/a Axle Funding, LLC<br>f/k/a Auction Credit Enterprises, LLC | |
| IN RE:<br><br>BAV AUTO, L.L.C.<br>a/k/a COSTA'S AUTO  GALLERY | CASE NO. 22-17933-JKS<br><br>HON. JOHN K. SHERWOOD, USBJ<br><br>HEARING DATE: 2/21/23<br><br>CHAPTER 11 |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH D.N.J. LBR 9013-1(a)(3)**

The within Notice of Motion requests entry of an Order Granting Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d).

As the facts Movant, XL Funding, LLC d/b/a Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC, relies upon, as set forth in the accompanying Certification, and the basis for relief from the automatic stay do not present complicated questions of fact or unique questions of law, it is hereby submitted that in accordance with D.N.J. LBR 9013-1(a)(3), no brief is necessary in the Court's consideration of the Motion.

                                                                      */s/ Jospeh H. Lemkin*
                                                                      Joseph H. Lemkin, Esq.
                                                                      Attorney for Movant
                                                                      XL Funding, LLC d/b/a Axle Funding,
Date:  1/17/23                                            LLC f/k/a Auction Credit Enterprises, LLC