Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  22−17933−JKS
          Chapter:  11
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   BAV AUTO L.L.C.
   aka Costa's Auto Gallery, aka Costa's Auto
   Gallery
   80 Columbia Avenue
   Kearny, NJ 07032

Social Security No.:

Employer's Tax I.D. No.:
   45−3067479

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    2/16/23
Time:   10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mark Politan, Trustee Chapter 11

COMMISSION OR FEES
$5,320.00

EXPENSES
$50.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
          creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 17, 2023
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17933-JKS |
| BAV AUTO L.L.C. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 17, 2023 | Form ID: 137 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BAV AUTO L.L.C., 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| aty | + | Christopher V. Arisco, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| aty | + | Ocwen C. Babcock, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| intp | + | Alexandre Dacosta and Vivianne Antunes, 80 Columbia Ave., Kearny, NJ 07032-2948 |
| cr | + | Auction Credit Enterprises, LLC, c/o Stark & Stark, PC, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| 519750618 | | 131 Union Street LLC, 131 Union St, Newark, NJ 07105-1346 |
| 519751159 | | Alexandre DeCosta, 80 Columbia Ave., Kearny, NJ 07032-2948 |
| 519730400 | | Arsenal Funding Corp., 8 W 36th St Fl 7, New York, NY 10018-9774 |
| 519730401 | | Auction Credit Enterprises, LLC, 14951 Dallas Pkwy Ste 200, Dallas, TX 75254-6883 |
| 519730402 | | Auction Credit, Inc., 14951 Dallas Pkwy Ste 200, Dallas, TX 75254-6883 |
| 519730403 | | Automotive Finance Corp. of NJ, 200 N Main St, Manville, NJ 08835-1357 |
| 519752588 | + | CFG MERCHANT SOLUTIONS, 8 South Main Street, PO Box 342, Marlboro, NJ 07746-0342 |
| 519730405 | | Dealer Capital Group, Inc., 67 Crystal St, Avenel, NJ 07001-1125 |
| 519750627 | + | Drew S. McGehrin, Esq., Duane Morris, LLP, 30 S 17th St, Philadelphia, PA 19103-4196 |
| 519750628 | | Ernesto Gonzalez, 361 S Broad St, Elizabeth, NJ 07202-3515 |
| 519730406 | | Fox Business Funding, 1920 E Hallandale Beach Blvd Ste 503, Hallandale Beach, FL 33009-4723 |
| 519791332 | + | Fox Capital Group, Inc., 1920 E. Hallandale Beach Blvd., Ste. 503, Hallandale Beach, FL 33009-4723 |
| 519750631 | | Jaclyn Sage, Manager of Collections, 10333 N Meridian St Ste 400, Indianapolis, IN 46290-1112 |
| 519750632 | + | Jeremy M Dunn, Esq., Automotive Finance Corporation, 11299 N Illiniois St, Carmel, IN 46032-8887 |
| 519750633 | | Jersey Express, LLC, 23 Lake Dr, North Brunswick, NJ 08902-4828 |
| 519730407 | | Kinetic Advantage Inc., 10333 N Meridian St, Indianapolis, IN 46290-1150 |
| 519730408 | + | Lever Auto Financing, 287 Park Ave S Ste 700, New York, NY 10010-4573 |
| 519750637 | | Mark Politan, Esq., Politan Law, LLC, 88 E Main St # 502, Mendham, NJ 07945-1832 |
| 519750640 | | NJ Division Of Taxation, PO Box 283, Trenton, NJ 08646-0283 |
| 519750639 | | NJ Division of Motor Vehicles, Business Licensing Services Bureau PO, PO Box 170, Trenton, NJ 08666-0170 |
| 519750641 | | Olympic Payroll Services, 64 US Highway 46, Pine Brook, NJ 07058-9629 |
| 519730411 | | Proventure Capital, 99 Wall St # 576, New York, NY 10005-4301 |
| 519791331 | + | River Capital Partners, LLC, 36 Airport Road, Ste. 204, Lakewood, NJ 08701-7034 |
| 519730412 | | River Capital Partners, LLC, 1 River Rd Ste 200, Cos Cob, CT 06807-2755 |
| 519750645 | | Santander Collections, 450 Penn St, Reading, PA 19602-1011 |
| 519750646 | | Shanna Kaminski, Esq., Kaminski Law PLLC, 160 W Fort St Fl 5, Detroit, MI 48226-3700 |
| 519791330 | + | Shanna M Kaminski, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 519784663 | + | Vero Finance Technologies, Inc. d/b/a Lever Auto, Duane Morris LLP Attn: Drew S. McGehrin, 30 S. 17th Street, Philadelphia, PA 19103-4001 |
| 519750647 | | Vivianne C. Antunes, 80 Columbia Ave, Kearny, NJ 07032-2948 |
| 519730413 | | Westlake Flooring Services, Inc., 4751 Wilshire Blvd Ste 100, Los Angeles, CA 90010-3847 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 17 2023 22:27:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 17 2023 22:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino |

Case 22-17933-JKS    Doc 50    Filed 01/19/23    Entered 01/20/23 00:19:06    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: 137 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 17 2023 22:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Jan 17 2023 22:27:00 | A. Atkins Appraisal Corp,, 122 Clinton Road, Fairfiled, NJ 07004-2900 |
| cr | | Email/Text: bankruptcy@autofinance.com | Jan 17 2023 22:27:47 | Automotive Finance Corporation, 11299 North Illinois Street, Carmel, IN 46032 |
| 519791071 | | Email/Text: bankruptcy@autofinance.com | Jan 17 2023 22:27:59 | Automotive Finance Corporation, 11299 N. Illinois St., Carmel, IN 46032 |
| 519750619 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2023 22:42:54 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519784028 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2023 22:42:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519730404 | | Email/Text: bankruptcy@deltabridgefunding.com | Jan 17 2023 22:27:00 | Cloudfund LLC, 400 Rella Blvd Ste 165-101, Suffern, NY 10901-4241 |
| 519750623 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2023 22:30:31 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519769077 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 17 2023 22:31:03 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519789477 | | Email/Text: Bankruptcy@coxinc.com | Jan 17 2023 22:27:00 | Manheim Remarketing, Inc., 6205 Peachtree Dunwoody Rd, Atlanta, GA 30328, Atlanta, GA 30328 |
| 519750624 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 17 2023 22:30:47 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 519755860 | + | Email/Text: RASEBN@raslg.com | Jan 17 2023 22:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519730409 | | Email/Text: Bankruptcy@coxinc.com | Jan 17 2023 22:27:00 | Manheim NY Metro Skyline, Inc., 100 US Highway 46, Fairfield, NJ 07004-3217 |
| 519730410 | | Email/Text: bankruptcy@discoverdsc.com | Jan 17 2023 22:27:00 | Nextgear Capital, Inc., 11799 N College Ave, Carmel, IN 46032-5605 |
| 519750644 | | Email/Text: DeftBkr@santander.us | Jan 17 2023 22:27:00 | Santander Bank, Mail Code 10-421-CN2, PO Box 12646, Reading, PA 19612-2646 |
| 519744469 | + | Email/Text: DeftBkr@santander.us | Jan 17 2023 22:27:00 | Santander Bank, N.A., 3 Huntington Quadrangle, Suite 101N, Melville, NY 11747-4623 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Westlake Flooring Services, 4751 Wilshire Blvd., Suite 100, Los Angeles, CA 90010-3847 |
| 519750620 | * | Arsenal Funding Corp., 8 W 36th St Fl 7, New York, NY 10018-9774 |
| 519750621 | * | Auction Credit Enterprises, LLC, 14951 Dallas Pkwy Ste 200, Dallas, TX 75254-6883 |
| 519750622 | * | Automotive Finance Corp. of NJ, 200 N Main St, Manville, NJ 08835-1357 |
| 519750625 | *P++ | CLOUDFUND LLC, 400 RELLA BOULEVARD SUITE 165-101, SUFFERN NY 10901-4241, address filed with court:, Cloudfund LLC, 400 Rella Blvd Ste 165-101, Suffern, NY 10901-4241 |
| 519750626 | * | Dealer Capital Group, Inc., 67 Crystal St, Avenel, NJ 07001-1125 |
| 519758824 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519750629 | * | Fox Business Funding, 1920 E Hallandale Beach Blvd Ste 503, Hallandale Beach, FL 33009-4723 |
| 519750630 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |

| | | |
|---|---|---|
| 519750634 | * | Kinetic Advantage Inc., 10333 N Meridian St, Indianapolis, IN 46290-1150 |
| 519750635 | *+ | Lever Auto Financing, 287 Park Ave S Ste 700, New York, NY 10010-4573 |
| 519750636 | * | Manheim NY Metro Skyline, Inc., 100 US Highway 46, Fairfield, NJ 07004-3217 |
| 519750638 | * | Nextgear Capital, Inc., 11799 N College Ave, Carmel, IN 46032-5605 |
| 519750642 | * | Proventure Capital, 99 Wall St # 576, New York, NY 10005-4301 |
| 519750643 | * | River Capital Partners, LLC, 1 River Rd Ste 200, Cos Cob, CT 06807-2755 |
| 519750648 | * | Westlake Flooring Services, Inc., 4751 Wilshire Blvd Ste 100, Los Angeles, CA 90010-3847 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donna L. Thompson | on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com |
| Drew S. McGehrin | on behalf of Creditor Vero Finance Technologies  Inc. dsmcgehrin@duanemorris.com |
| John O'Boyle | on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John O'Boyle | on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Joseph H. Lemkin | on behalf of Creditor Auction Credit Enterprises  LLC jlemkin@stark-stark.com |
| Mark Politan | mpolitan@politanlaw.com |
| Regina Cohen | on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com  mmalone@lavin-law.com |
| Steven D. Pertuz | on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes pertuzlaw@verizon.net  G16461@notify.cincompass.com |
| Steven D. Pertuz | on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net  G16461@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10