UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

In Re:
BAV AUTO, L.L.C.
aka COSTA'S AUTO GALLERY

Case No.: 22-17933
Chapter: 11
Hearing Date: _____
Judge: JKS

## APPLICATION FOR ORDER SHORTENING TIME

The applicant __Steven D. Pertuz, Esq.__, on behalf of __the Debtor__ requests that the time period to/for __Motion To Sell Vehicles Free and Clear__ as required by __363(b) and (f)__ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   Vehicle Inventory continues to depreciate. Buyer is purchasing cash and is concerned with diminishing value with winter upon us.

2. State the hearing dates requested:
   Prior to pending motion for stay relief and Plan Confirmation which Debtor may request confirmation hearing to be postponed to allow for this motion to be heard.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 1/29/23

/s/ Steven D. Pertuz
Signature

*rev.8/1/15*