# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| BAV Auto LLC | : | |
| | : | BANKRUPTCY NO. 22-17933(JKS) |
| Debtor | : | |
| | : | |
| IN RE: | : | CHAPTER 11 |
| Alexandre Dacosta and Viviane Antunes | : | |
| Debtors | : | BANKRUPTCY NO. 22-18303(JKS) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Objections of Westlake Flooring Services to Confirmation of Debtors' Joint Plan of Reorganization was served upon all counsel of record via ECF notification and upon the individual debtors by first class mail on January 31, 2023, per the below:

TO:  John O'Boyle, Esquire  
Norgaard O'Boyle & Hannon  
184 Grand Avenue  
Englewood, NJ 07631  
(Via ECF Only)

U.S. Trustee  
US Dept of Justice  
Office of the US Trustee  
One Newark Center Ste 2100  
Newark, NJ 07102  
(Via ECF Only)

Steven D. Pertuz  
Law Offices of Steven D. Pertuz, LLC  
111 Northfield Avenue  
Suite 304  
(Via ECF Only)

Mark Politan - Trustee  
Politan Law, LLC  
88 East Main Street #502  
Mendham, NJ 07945  
(Via ECF Only)

Alexandre J. Dacosta  
80 Columbia Avenue  
Kearny, NJ 07032

Vivianne C. Antunes  
80 Columbia Avenue  
Kearny, NJ 07032

LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO

DATED: January 31, 2023

/s/ REGINA COHEN  
Regina Cohen, Esquire  
Attorney for Westlake Services

2214935v1