*Automotive Finance Corporation*

Apr 04, 2013

| | For Internal Use On |
|---|---|
| Article #: | 7012 2210 0001 5021 3827 |
| Dealer #: | 430596 |
| Category: | New Application |

MANHEIM AUTOMOTIVE FINANCIAL
6205 PEACHTREE DUNWOODY ROAD
ATLANTA, GA 30328

Re:
BAV AUTO L.L.C.
DBA: COSTAS AUTO GALLERY

Dear Credit Manager:

Please be advised that Automotive Finance Corporation has or expects to acquire a purchase money security interest in the following collateral:

All of debtor's assets and properties wherever located, including without limitation: (a) accounts; chattel paper; deposit accounts; documents; equipment, fixtures, inventory, and other goods; general intangibles; instruments; insurance policies; investment property; letter of credit rights; money; software; supporting obligations; and titles, now owned or hereafter acquired by debtor, (b) any and all proceeds, products, additions, accessions, accessories, and replacements of the foregoing, and (c) all of debtor's computer records, business papers, ledger sheets, files, books, and records relating to the foregoing, now owned or hereafter acquired.

Should you have any questions related to this correspondence, please contact the undersigned at:

Automotive Finance Corporation
13085 Hamilton Crossing Blvd, Suite 300
Carmel, IN  46032

Sincerely,

CONTRACT DEPARTMENT
ERUSHING

**Exhibit 3**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Manheim Automotive Financial
6205 Peachtree Dunwoody Road
Atlanta, GA 30328

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

Cox Enterprises HQ
Michael Ingram
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

430596

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7012 2210 0001 5021 3827

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540