| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DONNA L. THOMPSON, ESQ. (DLT-0931)<br>(Physical Address)<br>1442 Lakewood Road<br>Manasquan, NJ 08735<br>(send all mail to:)<br>P.O. Box 679<br>Allenwood, NJ 08720<br>Tel: (732) 292-3000<br>Fax: (732) 292-3004<br>Attorney for Secured Creditor,<br>Automotive Finance Corporation | Case No.: 22-17933- JKS<br><br>Chapter: Chapter 11 |
| In Re:<br><br>IN RE:<br><br>BAV AUTO, L.L.C.<br>a/k/a COSTA'S AUTO GALLERY | Adv. No.: N/A<br><br>Hearing Date: 12/06/2022<br><br>Judge: Hon. John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, Donna L. Thompson, Esq.:

    ☒ represent Automotive Finance Corporation in this matter.

    ☐ am the secretary/paralegal for n/a, who represents n/a in this matter.

    ☐ am the n/a/in this case and am representing myself.

2. On January 31, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Objection to Motion to Sell Assets Free and Clear of All Liens

    Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  01/31/2023                              s/ Donna L. Thompson
                                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BAV AUTO LLC<br>80 Columbia Avenue<br>Kearny, NJ  07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| John O'Boyle, Esq.<br>Norgaard O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ  07631 | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Filing<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark Politan<br>Politan Law, LLC<br>88 East Main Street<br>Suite 502<br>Mendham, NJ  07945 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Filing<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter J. D'Auria<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ  07102 | Office of the US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Filing<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Drew S. McGehrin, Esq.<br>Duane Morris LLP<br>30S. 17th Street<br>Philadelphia, PA | Attorney for Vero Finance Technologies, Inc. d/b/a Lever Auto | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Filing<br>   (As authorized by the Court or by rule. Cite |

|  |  | the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*