UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

Order Filed on February 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BAV AUTO, L.L.C.
aka Costa's Auto Gallery

| | |
|---|---|
| Case No.: | 22-17933 |
| Chapter: | 11 |
| Judge: | JKS |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: February 1, 2023

_____
Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of _____BAV AUTO, L.L.C._____ for the reduction of time for a hearing on  Motion To Sell Debtor's Vehicle Inventory Free and Clear Of Liens  _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __Tuesday, February 14, 2023__ at __10:00 a.m.__ in the United States Bankruptcy Court, __50 Walnut Street, Newark, New Jersey 07102__, Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All secured creditors and parties that have filed an appearance in this matter.

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,[1]  ☒ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: The Office of the United States Trustee, the Subchapter V Trustee, and all unsecured creditors and parties in interest.

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.
to the extent email addresses are known

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

---

[1] Overnight mail is only required for secured creditors and parties that filed an appearance in this matter *if their email addresses are unknown or questionable.* If the Order and related papers are sent *via* email to the creditor or party that filed an appearance in this matter, then service by overnight mail is not required but service by regular mail is still required.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail **_by noon_** \_\_\_\_5\_\_\_\_ day(s) prior to the scheduled hearing; or

**by noon on Thursday, February 9, 2023**

☐ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.


X - Movant's Counsel and any individual/party opposing the motion must appear at the hearing either in-person or *via* Court Solutions (by registering for the hearing on Court Solutions by noon on the day prior to the hearing).

X - Other individuals/parties/counsel may attend the hearing in-person or *via* Court Solutions (by registering for the hearing on Court Solutions by noon on the day prior to the hearing).

*rev.1/12/22*