| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

**Caption in compliance with D.N.J. LBR 9004-1(b)**
NORGAARD O'BOYLE
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Debtor-in-Possession
*By: John O'Boyle (JO – 6337)*
   *joboyle@norgaardfirm.com*
   *Steven D. Pertuz (SDP - 5632*
   *spertuz@pertuzlaw.com*

   Chapter 11
   (Subchapter V Small Business)

Hon. John K. Sherwood

In re:

   BAV AUTO, L.L.C.

              Debtor.
_____

   ALEXANDRE DACOSTA and
    VIVIANNE ANTUNES,

              Debtors.

Case No.  22-17933 JKS

Case No.  22-18303 JKS

Hearing Date:  February 7, 2023

## CERTIFICATION OF BALLOTING

|  | Impaired _____ Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amounts Accepting | Accept _____ Yes/No |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CLASS 1 | Yes | 1 | 0 | 1 | 0% | 0.00 | 166,960.00 | 0% | No |

| CLASS 2 | Yes | 0 | 0 | 0 | 0% | 0.00 | 0.00 | 0% | N/A |
|---|---|---|---|---|---|---|---|---|---|
| CLASS 3 | Yes | 0 | 0 | 0 | 0% | 0.00 | 0.00 | 0% | N/A |
| CLASS 4 | Yes | 1 | 0 | 1 | 0% | 0.00 | 274,844.15 | 0% | No |
| CLASS 5 | Yes | 1 | 0 | 1 | 0% | 0.00 | 149,885.13 | 0% | No |
| CLASS 6 | Yes | 1 | 0 | 1 | 0% | 0.00 | 437,938.90 | 0% | No |
| CLASS 7 | Yes | 0 | 0 | 0 | 0% | 0.00 | 0.00 | 0% | N/A |
| CLASS 8 | No | 0 | 0 | 0 | 0% | 0.00 | 0.00 | 0% | N/A |
| CLASS 9 | No | 0 | 0 | 0 | 0% | 0.00 | 0.00 | 0% | N/A |
| CLASS 10 | Yes | 0 | 0 | 0 | 0% | 0.00 | 0.00 | 0% | N/A |
| CLASS 11 | Yes | 0 | 0 | 0 | 0% | 0.00 | 0.00 | 0% | N/A |
| CLASS 12 | No | 0 | 0 | 0 | 0% | 0.00 | 0.00 | 0% | N/A |
| CLASS 13 | No | 0 | 0 | 0 | 0% | 0.00 | 0.00 | 0% | N/A |
| CLASS 14 | Yes | 7 | 1 | 6 | 14% | 67,800.61 | 331,683.00 (Note 1) | 17% | No |

If any ballots have not been included in this tally, provide an explanation:

The tally does not include a Rejecting Ballot in the amount of $24,015.86 designated as "Unclassified" by the creditor.

I, _____John O'Boyle, Esq._____ , the _XXX_ attorney for the, or _____ self represented plan proponent in this case, certify under penalty of perjury that the above is true.

---

(1)  Total dollar amount of Class 14 Ballots rejecting Plan is based on three rejecting ballots that provided the claim amounts asserted by the claimants.  It does not include the dollar amounts for three rejecting ballots that provided "unknown" claim amount of otherwise did not provide a claim amount.

Date:   2/2/2023 ____/s/ John O'Boyle_____
John O'Boyle, Esq.