|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>NORGAARD O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, NJ 07631<br>(201) 871-1333<br>Attorneys for Debtor-in-Possession<br>By: John O'Boyle (JO    6337)<br>   joboyle@norgaardfirm.com | |
| In Re:<br><br>BAV Auto, LLC<br><br>Ir Re:<br><br>Alexandre Dacosta & Vivianne Antunes | Case No.: 22-17933<br>Adv. Pro. No.: & 22-18303<br>Chapter: 11<br>Subchapter V: ☒ Yes ☐ No<br>Hearing Date: 2/7/2023<br>Judge: Sherwood |

## ADJOURNMENT REQUEST

1. I, __John O'Boyle, Esq.__,

    ☒ am the attorney for: __Debtors, Alexandre Dacosta & Vivianne Antunes__,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Confirmation Hearing for Proposed Joint Plan of Reorganization.

    Current hearing date and time: February 7, 2023 at 10 AM

    New date requested: March 14, 2023

    Reason for adjournment request: Additional time is requested to address objections to confirmation.

2. Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: February 1, 2023                                /s/ John O'Boyle
                                                      Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: March 14, 2023 @ 10:00          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*