| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Drew S. McGehrin<br>(DSMcGehrin@duanemorris.com)<br>30 S. 17th Street<br>Philadelphia, PA 19103<br>215.979.1000 (Telephone)<br>215.979.1020 (Facsimile)<br><br>Attorneys for Vero Finance Technologies, Inc. | Case No.: | 22-17933-JKS |
| | Chapter: | 11 |
| In Re:<br><br>BAV AUTO, L.L.C.<br>a/k/a COSTA'S AUTO GALLERY | Adv. No.: | N/A |
| | Hearing Date: | 02/14/2023 |
| | Judge: | Hon. John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, _Drew S. McGehrin, Esq_ :

   ☒ represent _Vero Finance Technologies, Inc._ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _February 8, 2023_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Vero Finance Technologies, Inc. d/b/a Lever Auto's Response To Debtor's Motion To Sell Assets Free And Clear Of Liens

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _February 8, 2023_    /s/ Drew S. McGehrin
                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BAV AUTO LLC<br>80 Columbia Avenue<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Overnight delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John O'Boyle, Esq.<br>Norgaard O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ 07631 | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven D. Pertuz<br>Law Offices of Steven D. Pertuz, LLC<br>111 Northfield Avenue<br>Suite 304<br>West Orange, NJ 07052 | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark Politan<br>Politan Law, LLC<br>88 East Main Street<br>Suite 502<br>Mendham, NJ 07945 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter J. D'Auria<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Office of the US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Donna L. Thompson<br>1442 Lakewood Road<br>Manasquan, NJ 08735 | Counsel to Automotive Finance Corp. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph H. Lemkin<br>Stark & Stark<br>993 Lenox Drive<br>Lawrenceville, NJ 08648 | Counsel to XL Funding, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Regina Cohen<br>Lavin, O'Neil, Ricci, Cedrone & DiSipio<br>190 North Independence Mall West<br>Suite 500<br>6th and Race Streets<br>Philadelphia, PA 19106 | Counsel Westlake Flooring Company, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*