# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11, Subchapter V |
| BAV Auto LLC a/k/a COSTA'S AUTO GALLERY | : | |
| | : | BANKRUPTCY NO. 22-17933(JKS) |
| Debtor | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Objection of Westlake Flooring Services to Application to Sell Assets Fee and Clear of Liens was served upon all counsel of record via ECF notification or first class mail on February 8, 2023, per the below:

TO:    Steven D. Pertuz
Law Offices of Steven D. Pertuz, LLC
111 Northfield Avenue
Suite 304
(Via ECF Only)

Peter J. D'Auria
Office of the US Trustee
One Newark Center
Suite 2100
Newark, NJ 07102
(Via ECF Only)

John O'Boyle, Esq.
Norgaard O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631
(Via ECF Only)

Mark Politan - Trustee
Politan Law, LLC
88 East Main Street #502
Mendham, NJ 07945
(Via ECF Only)

BAV AUTO LLC
80 Columbia Avenue
Kearny, NJ 07032

Donna L. Thompson
1442 Lakewood Road
Manasquan, NJ 08735
(Via ECF Only)

| | |
|---|---|
| Joseph H. Lemkin<br>Stark & Stark<br>993 Lenox Drive<br>Lawrenceville, NJ 08648<br>(Via ECF Only) | Drew S. McGehrin<br>30 S. 17th Street<br>Philadelphia, PA 19103<br>(Via ECF Only) |

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED:  February 8, 2023              /s/ REGINA COHEN
                                                                                                       Regina Cohen, Esquire
                                                                                                       Attorney for Westlake Services

2389834v1

5