Order Filed on February 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, NJ  07631<br>(201) 871-1333<br>Attorneys for Debtor-in-Possession<br>*By:  John O'Boyle (JO -6337)*<br>    joboyle@norgaardfirm.com | Chapter 11 (Small Business Subchapter V) |
| In re:<br><br>**BAV AUTO, L.L.C.**<br><br>                                    Debtor. | Case No.: 22-17933 |
| In re:<br><br>**ALEXANDRE DACOSTA &**<br>**VIVIANNE ANTUNES**<br>                                    Debtors. | Case No.: 22-18303 |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES
OF BAV AUTO, LLC AND ALEXANDRE DACOSTA & VIVIANNE ANTUNES**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 13, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER came to the attention of the court upon the motion of the Debtors, Alexandre Dacosta and Vivianne Antunes, for an order directing the joint administration of their Case with the Chapter 11 case of BAV Auto, L.L.C. The Court is satisfied that the relief requested in the Motion is in the best interests of both of the Debtors, the estates, their creditors and other parties in interest, and that notice of the Motion is good and sufficient.

**IT IS HEREBY ORDERED that:**

1. The motion is granted. The bankruptcy cases of Alexandre Dacosta & Vivianne Antunes and BAV Auto, L.L.C. shall be jointly administered.

2. The jointly administered Debtors' cases are consolidated for procedural purposes only, and shall be jointly administered under the caption and case number of Alexandre Dacosta & Vivianne Antunes. The caption for the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

ALEXANDRE DACOSTA
& VIVIANNE ANTUNES,

Debtors.

Case No. 22-18303 JKS

(Jointly Administered)[1]

3. The individual debtors Alexandre Dacosta & Vivianne Antunes and the debtor BAV Auto, L.L.C. shall each file their own separate monthly operating reports in the jointly administered case.

4. This order shall be filed on the docket of each of the jointly administered cases.

---

[1] The jointly administered Debtors are Alexandre Dacosta and Vivianne Antunes, having SSNs with the last four digits of 2325 and 0411, respectively, and BAV Auto, L.L.C., having a TIN with the last four digits 7479.