Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22–17933–JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
BAV AUTO L.L.C.
aka Costa's Auto Gallery, aka Costa's Auto
Gallery
80 Columbia Avenue
Kearny, NJ 07032

Social Security No.:

Employer's Tax I.D. No.:
45–3067479

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 14, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 68 – 24
Order Granting Motion For Joint Administration Lead Case: 22–18303 Member Cases: 22–17933 (Related Doc # 24). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/13/2023. (mcp)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 14, 2023
JAN: mcp

Jeanne Naughton
Clerk