|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, NJ  07631<br>(201) 871-1333<br>Attorneys for Debtor-in-Possession<br>By:  John O'Boyle (JO -6337)<br>   joboyle@norgaardfirm.com | Order Filed on February 13, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 11 (Small Business Subchapter V) |
| In re:<br><br>**BAV AUTO, L.L.C.**<br><br>                          Debtor. | Case No.: 22-17933 |
| In re:<br><br>**ALEXANDRE DACOSTA &**<br>**VIVIANNE ANTUNES**<br>                          Debtors. | Case No.: 22-18303 |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES
OF BAV AUTO, LLC AND ALEXANDRE DACOSTA & VIVIANNE ANTUNES**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 13, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER came to the attention of the court upon the motion of the Debtors, Alexandre Dacosta and Vivianne Antunes, for an order directing the joint administration of their Case with the Chapter 11 case of BAV Auto, L.L.C. The Court is satisfied that the relief requested in the Motion is in the best interests of both of the Debtors, the estates, their creditors and other parties in interest, and that notice of the Motion is good and sufficient.

**IT IS HEREBY ORDERED that:**

1. The motion is granted. The bankruptcy cases of Alexandre Dacosta & Vivianne Antunes and BAV Auto, L.L.C. shall be jointly administered.

2. The jointly administered Debtors' cases are consolidated for procedural purposes only, and shall be jointly administered under the caption and case number of Alexandre Dacosta & Vivianne Antunes. The caption for the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
_____

| In re: | : | |
| --- | --- | --- |
| ALEXANDRE DACOSTA & VIVIANNE ANTUNES, | : | Case No. 22-18303 JKS |
| | : | (Jointly Administered)[1] |
| Debtors. | : | |
| _____ | : | |

3. The individual debtors Alexandre Dacosta & Vivianne Antunes and the debtor BAV Auto, L.L.C. shall each file their own separate monthly operating reports in the jointly administered case.

4. This order shall be filed on the docket of each of the jointly administered cases.

---

[1] The jointly administered Debtors are Alexandre Dacosta and Vivianne Antunes, having SSNs with the last four digits of 2325 and 0411, respectively, and BAV Auto, L.L.C., having a TIN with the last four digits 7479.

2

United States Bankruptcy Court
District of New Jersey

In re:  
BAV AUTO L.L.C.  
    Debtor

Case No. 22-17933-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 14, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + BAV AUTO L.L.C., 80 Columbia Avenue, Kearny, NJ 07032-2948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donna L. Thompson | on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com |
| Drew S. McGehrin | on behalf of Creditor Vero Finance Technologies Inc. dsmcgehrin@duanemorris.com |
| John O'Boyle | on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John O'Boyle | on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Joseph H. Lemkin | on behalf of Creditor XL Funding LLC dba Axle Funding, LLC fka Auction Credit Enterprises, LLC jlemkin@stark-stark.com |

| | |
|---|---|
| Joseph H. Lemkin | on behalf of Creditor Auction Credit Enterprises LLC jlemkin@stark-stark.com |
| Mark Politan | on behalf of Trustee Mark Politan mpolitan@politanlaw.com |
| Mark Politan | mpolitan@politanlaw.com |
| Regina Cohen | on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com mmalone@lavin-law.com |
| Regina Cohen | on behalf of Creditor Westlake Flooring Company LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com, mmalone@lavin-law.com |
| Steven D. Pertuz | on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net G16461@notify.cincompass.com |
| Steven D. Pertuz | on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes pertuzlaw@verizon.net G16461@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13