UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

POLITAN LAW, LLC
88 East Main Street, #502
Mendham, New Jersey 07945
Mark J. Politan, Esq.

Subchapter V Trustee

Order Filed on February 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BAV AUTO, LLC,

Debtor.

| | |
|---|---|
| Case No.: | 22-17933 |
| Hearing Date: | 2/16/2022 |
| Judge: | Sherwood |
| Chapter: | 11 (Sub V) |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 22, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that Mark Politan, the Subchapter V Trustee in the above-listed bankruptcy case, filed an application for compensation and expenses (ECF No. 46); and notice and opportunity for hearing were given to creditors and other parties in interest as required; and no response or objections to the application having been filed; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows and the Applicant may apply any retainer held towards the award:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Mark J. Politan, Esq. | $5,320.00 | $50.00 |

*rev.8/1/15*