**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

POLITAN LAW, LLC
88 East Main Street, #502
Mendham, New Jersey 07945
Mark J. Politan, Esq.

Subchapter V Trustee

Order Filed on February 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BAV AUTO, LLC,

Debtor.

| | |
|---|---|
| Case No.: | 22-17933 |
| Hearing Date: | 2/16/2022 |
| Judge: | Sherwood |
| Chapter: | 11 (Sub V) |

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 22, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that Mark Politan, the Subchapter V Trustee in the above-listed bankruptcy case, filed an application for compensation and expenses (ECF No. 46); and notice and opportunity for hearing were given to creditors and other parties in interest as required; and no response or objections to the application having been filed; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows and the Applicant may apply any retainer held towards the award:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Mark J. Politan, Esq. | $5,320.00 | $50.00 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17933-JKS |
| BAV AUTO L.L.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 22, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + BAV AUTO L.L.C., 80 Columbia Avenue, Kearny, NJ 07032-2948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donna L. Thompson | on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com |
| Drew S. McGehrin | on behalf of Creditor Vero Finance Technologies  Inc. dsmcgehrin@duanemorris.com |
| John O'Boyle | on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John O'Boyle | on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Joseph H. Lemkin | on behalf of Creditor XL Funding  LLC dba Axle Funding, LLC fka Auction Credit Enterprises, LLC jlemkin@stark-stark.com |

| | |
|---|---|
| Joseph H. Lemkin | on behalf of Creditor Auction Credit Enterprises LLC jlemkin@stark-stark.com |
| Mark Politan | on behalf of Trustee Mark Politan mpolitan@politanlaw.com |
| Mark Politan | mpolitan@politanlaw.com |
| Regina Cohen | on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com mmalone@lavin-law.com |
| Regina Cohen | on behalf of Creditor Westlake Flooring Company LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com, mmalone@lavin-law.com |
| Steven D. Pertuz | on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net G16461@notify.cincompass.com |
| Steven D. Pertuz | on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes pertuzlaw@verizon.net G16461@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13