

**Order Filed on May 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**BAV AUTO, L.L.C. a/k/a**<br><br>**COSTA'S AUTO GALLERY,**<br><br><br>Debtor. | Case No.:   22-17933<br><br>Chapter:    7<br><br>Judge:    John K. Sherwood |

**ORDER DENYING MOTION FOR RELIEF FROM STAY BY XL FUNDING, LLC d/b/a
AXLE FUNDING, LLC f/k/a AUCTION CREDIT ENTERPRISES, LLC**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 24, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:          BAV Auto, L.L.C. a/k/a Costa's Auto Gallery
Adv. Pro.:       22-17933
Caption of Order:**ORDER DENYING MOTION FOR RELIEF FROM STAY BY XL FUNDING, LLC
d/b/a AXLE FUNDING, LLC f/k/a AUCTION CREDIT ENTERPRISES, LLC**

---

**UPON** consideration of the motion filed on behalf of XL Funding, LLC d/b/a Axle Funding, LLC f/k/a Auction Credit Enterprises, LLC (the "Movant"), by its counsel, Joseph H. Lemkin, Esq., for an order granting relief from the automatic stay [ECF No. 49] as to "all accounts, deposit accounts, general intangibles, documents, instruments, investment property, chattel paper (including without limitation letters of credit, retail installment sales contracts, bills of sale, documents of title,books and records), inventory (as defined in the Note), whether now existing or acquired and wherever located, and all additions, accessions, accessories, replacements, and proceeds" as well as seven specifically identified vehicles, it is hereby

**ORDERED:**

The motion is denied for failure to properly serve all interested parties.