**Order Filed on May 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**BAV AUTO, L.L.C. a/k/a**<br>**COSTA'S AUTO GALLERY,**<br><br>                    Debtor. | Case No.:    22-17933<br>Chapter:    7<br>Judge:    John K. Sherwood |

**ORDER DENYING MOTION FOR RELIEF FROM STAY BY XL FUNDING, LLC d/b/a
AXLE FUNDING, LLC f/k/a AUCTION CREDIT ENTERPRISES, LLC**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 24, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:           BAV Auto, L.L.C. a/k/a Costa's Auto Gallery
Adv. Pro.:         22-17933
Caption of Order: **ORDER DENYING MOTION FOR RELIEF FROM STAY BY XL FUNDING, LLC
d/b/a AXLE FUNDING, LLC f/k/a AUCTION CREDIT ENTERPRISES, LLC**

---

     **UPON** consideration of the motion filed on behalf of XL Funding, LLC d/b/a Axle

Funding, LLC f/k/a Auction Credit Enterprises, LLC (the "Movant"), by its counsel, Joseph H.

Lemkin, Esq., for an order granting relief from the automatic stay [ECF No. 49] as to "all

accounts, deposit accounts, general intangibles, documents, instruments, investment property,

chattel paper (including without limitation letters of credit, retail installment sales contracts, bills

of sale, documents of title,books and records), inventory (as defined in the Note), whether now

existing or acquired and wherever located, and all additions, accessions, accessories,

replacements, and proceeds" as well as seven specifically identified vehicles, it is hereby

**ORDERED:**

     The motion is denied for failure to properly serve all interested parties.

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 22-17933-JKS

BAV AUTO L.L.C.                                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                              Page 1 of 2

Date Rcvd: May 25, 2023                      Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

**Recip ID**           **Recipient Name and Address**
db            +  BAV AUTO L.L.C., 80 Columbia Avenue, Kearny, NJ 07032-2948

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donna L. Thompson | on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com |
| Drew S. McGehrin | on behalf of Creditor Vero Finance Technologies  Inc. dsmcgehrin@duanemorris.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| John O'Boyle | on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John O'Boyle | on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Joseph H. Lemkin | |

District/off: 0312-2                    User: admin                                          Page 2 of 2
Date Rcvd: May 25, 2023                 Form ID: pdf903                               Total Noticed: 1

on behalf of Creditor XL Funding  LLC dba Axle Funding, LLC fka Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Creditor Auction Credit Enterprises  LLC jlemkin@stark-stark.com

Mark Politan

mpolitan@politanlaw.com

Mark Politan

on behalf of Trustee Mark Politan mpolitan@politanlaw.com

Peter J. D'Auria

on behalf of U.S. Trustee U.S. Trustee Peter.J.D'Auria@usdoj.gov

Regina Cohen

on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com  mmalone@lavin-law.com

Regina Cohen

on behalf of Creditor Westlake Flooring Company  LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com,
mmalone@lavin-law.com

Steven D. Pertuz

on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net  G16461@notify.cincompass.com

Steven D. Pertuz

on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes pertuzlaw@verizon.net  G16461@notify.cincompass.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 15