

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> THE LAW OFFICES OF STEVEN D. PERTUZ, LLC <br> 111 Northfield Avenue, Suite 304 <br> West Orange, NJ 07052 <br> Tele: (973) 669-8600 / Fax: (973) 669-8700 <br> Counsel to Debtor-in-Possession <br> By: Steven D. Pertuz, Esq. **(SDP-5632)** <br>     spertuz@pertuzlaw.com <br>     John O'Boyle, Esq. <br>     joboyle@norgaardfirm.com **(JO-6337)** | **Order Filed on September 26, 2023 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re: <br><br> **BAV AUTO, L.L.C.** <br><br> Debtor-in-Possession. | Chapter 11 <br> (Subchapter V Small Business) <br><br> Hon. John K. Sherwood <br><br> Case No. 22-17933 JKS |
| **ALEXANDRE DACOSTA and VIVIANNE ANTUNES** <br><br> Debtors-in-Possession. | Case No. 22-18303 JKS |

### CONSENT ORDER LIFTING THE AUTOMATIC STAY AS TO SECURED CREDITOR, WESTLAKE FLOORING COMPANY, LLC dba WESTLAKE FLOORING SERVICES.

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED**.

**DATED: September 26, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| In Re: | BAV AUTO, L.L.C. & ALEXANDRE DACOSTA and VIVIANNE ANTUNES |
| Case no.: | 22-17933 JKS / 22-18303 JKS |
| Caption of Order: | **CONSENT ORDER LIFTING THE AUTOMATIC STAY AS TO SECURED CREDITOR, WESTLAKE FLOORING COMPANY, LLC dba WESTLAKE FLOORING SERVICES.** |

**THIS MATTER**, having come before the court by the mutual consent of BAV AUTO, L.L.C. ("Debtor"), by and through its counsel, The Law Offices Of Steven D. Pertuz, LLC, Steven D. Pertuz, Esq. appearing, and Westlake Flooring Company, LLC dba Westlake Flooring Services ("Westlake"), by and through its counsel, Regina Cohen, Esq. of Lavin, Cedrone, Graver, Boyd & DiSipio, appearing, for entry of a Consent Order lifting the automatic stay to allow for secured creditor, Westlake, to recover certain vehicles specifically listed below and currently in the possession of the Debtor in order to finalize the orderly liquidation of its assets pursuant to a filed Joint Plan of Reorganization filed on January 4, 2023 and as subsequently amended forthwith, and any other related relief specifically referenced and consented hereto, and the Court having considered the application, and for good cause having been shown for the entry of this order, it is hereby,

**ORDERED**, that the automatic stay pursuant to 11 USC §362 be and is hereby lifted and terminated as to allow Westlake to immediately take the necessary steps to recover all of its vehicles and collateral related thereto currently being held by the Debtor at its lot located at 1829 State Highway Route 1, Rahway, NJ, ("AFC Vehicles") specifically but not limited to:

1) 2006 Mercedes Benz E Class (VIN # WDBUF87J16X202762)

2

| | |
|---|---|
| In Re: | BAV AUTO, L.L.C. & ALEXANDRE DACOSTA and VIVIANNE ANTUNES |
| Case no.: | 22-17933 JKS / 22-18303 JKS |
| Caption of Order: | **CONSENT ORDER LIFTING THE AUTOMATIC STAY AS TO SECURED CREDITOR, WESTLAKE FLOORING COMPANY, LLC dba WESTLAKE FLOORING SERVICES.** |

2) 2011 Jeep Wrangler (VIN # 1J4AA2D14BL614982)

3) 2013 Kia Forte (VIN # KNAFU4A20D5674452)

4) 2012 Dodge Durango (VIN # 1C4RDJDG9CC131133)

5) 2014 Nissan Pathfinder (VIN # 5N1AR2MM9EC718165)

6) 2014 Jeep Cherokee (VIN # 1C4PJLAB2EW149172); and it is further

**ORDERED** that Westlake shall retain and reserve all rights it has as to the Debtor and this consent order shall not amend or alter any of those rights; and it is further

**ORDERED** that the parties may execute any and all documents necessary to carry out the proper transfer of the Westlake Vehicles back to Westlake and any terms of this Consent Order without further order of the Bankruptcy Court; and it is further

**ORDERED** that upon the sale of the Westlake Vehicles at auction, private sale, wholesale or by any other means, Westlake shall apply all sale proceeds of the recovered Westlake Vehicles and any reserve funds held to the total outstanding balance owed to Westlake and said balance owed shall be reduced accordingly; and it further

**ORDERED** that if the case is severed or converted to a case under any other chapter of Title 11, the relief granted under this Order lifting the automatic stay remains valid and effective, without need for any further order of the Bankruptcy Court, and it should be binding on any subsequently appointed trustees in the converted case; and it is further

3

| | |
|---|---|
| In Re: | BAV AUTO, L.L.C. & ALEXANDRE DACOSTA and VIVIANNE ANTUNES |
| Case no.: | 22-17933 JKS / 22-18303 JKS |
| Caption of Order: | **CONSENT ORDER LIFTING THE AUTOMATIC STAY AS TO SECURED CREDITOR, WESTLAKE FLOORING COMPANY, LLC dba WESTLAKE FLOORING SERVICES.** |

**ORDERED** that if the Debtor's bankruptcy case is dismissed, the relief granted under this Order will remain valid and effective without need for further order of the Bankruptcy Court in any subsequent filed bankruptcy case; and it is further

**ORDERED** that the 14 day stay of the entry of this Order pursuant to Rule 4001 (a)(3) shall be waived.

I hereby consent to the form and entry of the above Order.

/s/ Steven D. Pertuz
   **STEVEN D. PERTUZ, ESQ**.
   **LAW OFFICES OF STEVEN D. PERTUZ, LLC**        Dated: 9/25/23
   Attorneys for BAV AUTO, L.L.C.


/s/ Regina Cohen
   **REGINA COHEN, ESQ.**
   **LAVIN, CEDRONE, GRAVER, BOYD**
   **& DISIPIO**
   Attorneys for WESTLAKE FLOORING SERVICES, INC.        Dated: 9/25/23