|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 AND 9<br>Peter J. D'Auria, Esq. (PD 3709)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993 | Order Filed on September 27, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Alexandre Dacosta and Viviane Antunes, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 22-18303(JKS)<br>(Jointly Administered)<br>Hearing Date: Sept. 26, 2023 at 10:00 a.m.<br><br>Judge: John K. Sherwood |

# ORDER OF DISMISSAL OF BAV AUTO, LLC CASE

The relief set forth on the following page(s), numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: September 27, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The jointly administered Debtors are Alexandre Dacosta and Vivianne Antunes, having SSNs with the last four digits of 2325 and 0411, respectively, and BAV Auto, L.L.C., having a TIN with the last four digits 7479.

**(Page 2)**
Alexandre Dacosta and Viviane Antunes, *et al.*
Chapter 11 Case No.: 22-18303(JKS) (Jointly Administered)
**Order of Dismissal of BAV Auto, LLC Case**

---

Upon consideration of the Motion of the United States Trustee by and through counsel, for an Order Converting the BAV Auto, LLC Case to Chapter 7, or Alternatively to Dismiss the Case, pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to the Individual Debtors, the Corporate Debtors, the Related Debtors' respective counsel, and parties in interest, and the Court having found cause for the entry of the within Order, and the Court having further found that entry of the within Order is in the best interest of creditors and the bankruptcy estate, it is hereby **ORDERED AS FOLLOWS**:

1. That the chapter 11 case of BAV Auto, LLC, case number 22-17933(JKS), is hereby DISMISSED and any discharge that was granted is vacated. All outstanding fees to the Court that are due and owing must be paid within 7 days of the date of this Order.

2. That the filing of any and all outstanding monthly operating reports through the date of this Order shall be brought current within 30 days of the entry of this Order; the U.S. Trustee reserves all rights including but not limited to filing a motion to reopen the case and to convert the case to chapter 7.

3. That the Court shall retain jurisdiction of this Bankruptcy Case to hear and allow any and all applications for compensation by retained professionals and the subchapter v trustee, Mark Politan (the "Subchapter V Trustee").

**(Page 3)**
Alexandre Dacosta and Viviane Antunes, *et al.*
Chapter 11 Case No.:  22-18303(JKS) (Jointly Administered)
**Order of Dismissal of BAV Auto, LLC Case**

___

4.  That the appointment of the Subchapter V Trustee in the case of BAV Auto, LLC, case number 22-17933(JKS), is hereby terminated.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this Order.