Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  22–17933–JKS
                Chapter:  11
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  BAV AUTO L.L.C.
  aka Costa's Auto Gallery, aka Costa's Auto
  Gallery
  80 Columbia Avenue
  Kearny, NJ 07032

Social Security No.:

Employer's Tax I.D. No.:
  45–3067479

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/27/23.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 27, 2023
JAN: zlh

                                                      Jeanne Naughton
                                                      Clerk