

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> THE LAW OFFICES OF STEVEN D. PERTUZ, LLC <br> 111 Northfield Avenue, Suite 304 <br> West Orange, NJ 07052 <br> Tele: (973) 669-8600 / Fax: (973) 669-8700 <br> Counsel to Debtor-in-Possession <br> By: Steven D. Pertuz, Esq. **(SDP-5632)** <br> spertuz@pertuzlaw.com <br> John O'Boyle, Esq. <br> joboyle@norgaardfirm.com **(JO-6337)** | **Order Filed on September 26, 2023 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re: <br><br> **BAV AUTO, L.L.C.** <br><br> Debtor-in-Possession. <br><br> **ALEXANDRE DACOSTA and VIVIANNE ANTUNES** <br><br> Debtors-in-Possession. | Chapter 11 <br> (Subchapter V Small Business) <br><br> Hon. John K. Sherwood <br><br> Case No. 22-17933 JKS <br><br><br><br> Case No. 22-18303 JKS |

**CONSENT ORDER LIFTING THE AUTOMATIC STAY AS TO SECURED CREDITOR, WESTLAKE FLOORING COMPANY, LLC dba WESTLAKE FLOORING SERVICES.**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED**.

**DATED: September 26, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| In Re: | BAV AUTO, L.L.C. & ALEXANDRE DACOSTA and VIVIANNE ANTUNES |
| Case no.: | 22-17933 JKS / 22-18303 JKS |
| Caption of Order: | **CONSENT ORDER LIFTING THE AUTOMATIC STAY AS TO SECURED CREDITOR, WESTLAKE FLOORING COMPANY, LLC dba WESTLAKE FLOORING SERVICES.** |

_____

**THIS MATTER**, having come before the court by the mutual consent of BAV AUTO, L.L.C. ("Debtor"), by and through its counsel, The Law Offices Of Steven D. Pertuz, LLC, Steven D. Pertuz, Esq. appearing, and Westlake Flooring Company, LLC dba Westlake Flooring Services ("Westlake"), by and through its counsel, Regina Cohen, Esq. of Lavin, Cedrone, Graver, Boyd & DiSipio, appearing, for entry of a Consent Order lifting the automatic stay to allow for secured creditor, Westlake, to recover certain vehicles specifically listed below and currently in the possession of the Debtor in order to finalize the orderly liquidation of its assets pursuant to a filed Joint Plan of Reorganization filed on January 4, 2023 and as subsequently amended forthwith, and any other related relief specifically referenced and consented hereto, and the Court having considered the application, and for good cause having been shown for the entry of this order, it is hereby,

**ORDERED**, that the automatic stay pursuant to 11 USC §362 be and is hereby lifted and terminated as to allow Westlake to immediately take the necessary steps to recover all of its vehicles and collateral related thereto currently being held by the Debtor at its lot located at 1829 State Highway Route 1, Rahway, NJ, ("AFC Vehicles") specifically but not limited to:

1) 2006 Mercedes Benz E Class (VIN # WDBUF87J16X202762)

2

| | |
|---|---|
| In Re: | **BAV AUTO, L.L.C. & ALEXANDRE DACOSTA and VIVIANNE ANTUNES** |
| Case no.: | 22-17933 JKS / 22-18303 JKS |
| Caption of Order: | **CONSENT ORDER LIFTING THE AUTOMATIC STAY AS TO SECURED CREDITOR, WESTLAKE FLOORING COMPANY, LLC dba WESTLAKE FLOORING SERVICES.** |

_____

2) 2011 Jeep Wrangler (VIN # 1J4AA2D14BL614982)

3) 2013 Kia Forte (VIN # KNAFU4A20D5674452)

4) 2012 Dodge Durango (VIN # 1C4RDJDG9CC131133)

5) 2014 Nissan Pathfinder (VIN # 5N1AR2MM9EC718165)

6) 2014 Jeep Cherokee (VIN # 1C4PJLAB2EW149172); and it is further

**ORDERED** that Westlake shall retain and reserve all rights it has as to the Debtor and this consent order shall not amend or alter any of those rights; and it is further

**ORDERED** that the parties may execute any and all documents necessary to carry out the proper transfer of the Westlake Vehicles back to Westlake and any terms of this Consent Order without further order of the Bankruptcy Court; and it is further

**ORDERED** that upon the sale of the Westlake Vehicles at auction, private sale, wholesale or by any other means, Westlake shall apply all sale proceeds of the recovered Westlake Vehicles and any reserve funds held to the total outstanding balance owed to Westlake and said balance owed shall be reduced accordingly; and it further

**ORDERED** that if the case is severed or converted to a case under any other chapter of Title 11, the relief granted under this Order lifting the automatic stay remains valid and effective, without need for any further order of the Bankruptcy Court, and it should be binding on any subsequently appointed trustees in the converted case; and it is further

3

| | |
|---|---|
| In Re: | BAV AUTO, L.L.C. & ALEXANDRE DACOSTA and VIVIANNE ANTUNES |
| Case no.: | 22-17933 JKS / 22-18303 JKS |
| Caption of Order: | **CONSENT ORDER LIFTING THE AUTOMATIC STAY AS TO SECURED CREDITOR, WESTLAKE FLOORING COMPANY, LLC dba WESTLAKE FLOORING SERVICES.** |

_____

**ORDERED** that if the Debtor's bankruptcy case is dismissed, the relief granted under this Order will remain valid and effective without need for further order of the Bankruptcy Court in any subsequent filed bankruptcy case; and it is further

**ORDERED** that the 14 day stay of the entry of this Order pursuant to Rule 4001 (a)(3) shall be waived.

I hereby consent to the form and entry of the above Order.

/s/ Steven D. Pertuz_____
   **STEVEN D. PERTUZ, ESQ**.
   **LAW OFFICES OF STEVEN D. PERTUZ, LLC**     **Dated: 9/25/23**
   Attorneys for BAV AUTO, L.L.C.


/s/ Regina Cohen_____
   **REGINA COHEN, ESQ.**
   **LAVIN, CEDRONE, GRAVER, BOYD**
   **& DISIPIO**
   Attorneys for WESTLAKE FLOORING SERVICES, INC.     **Dated: 9/25/23**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17933-JKS |
| BAV AUTO L.L.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 26, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + BAV AUTO L.L.C., 80 Columbia Avenue, Kearny, NJ 07032-2948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donna L. Thompson | on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com |
| Drew S. McGehrin | on behalf of Creditor Vero Finance Technologies Inc. dsmcgehrin@duanemorris.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| John O'Boyle | on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com |
| John O'Boyle | on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb1 |

24931@notify.bestcase.com

Joseph H. Lemkin
on behalf of Creditor XL Funding LLC dba Axle Funding, LLC fka Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Creditor Auction Credit Enterprises LLC jlemkin@stark-stark.com

Mark Politan
mpolitan@politanlaw.com

Mark Politan
on behalf of Trustee Mark Politan mpolitan@politanlaw.com

Peter J. D'Auria
on behalf of U.S. Trustee U.S. Trustee Peter.J.D'Auria@usdoj.gov

Regina Cohen
on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com    mmalone@lavin-law.com

Regina Cohen
on behalf of Creditor Westlake Flooring Company LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com, mmalone@lavin-law.com

Steven D. Pertuz
on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net
g16461@notify.cincompass.com;pertuz.stevenb130381@notify.bestcase.com

Steven D. Pertuz
on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes pertuzlaw@verizon.net
g16461@notify.cincompass.com;pertuz.stevenb130381@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15