Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17933−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  BAV AUTO L.L.C.
  aka Costa's Auto Gallery, aka Costa's Auto
  Gallery
  80 Columbia Avenue
  Kearny, NJ 07032

Social Security No.:

Employer's Tax I.D. No.:
  45−3067479

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/27/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 27, 2023
JAN: zlh

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
BAV AUTO L.L.C.  
    Debtor

Case No. 22-17933-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Sep 27, 2023      Form ID: 148      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BAV AUTO L.L.C., 80 Columbia Avenue, Kearny, NJ 07032-2948 |
| aty | + | Christopher V. Arisco, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| aty | + | Ocwen C. Babcock, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| intp | + | Alexandre Dacosta and Vivianne Antunes, 80 Columbia Ave., Kearny, NJ 07032-2948 |
| cr | + | Auction Credit Enterprises, LLC, c/o Stark & Stark, PC, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| cr | + | XL Funding, LLC dba Axle Funding, LLC fka Auction, c/o Stark & Stark, PC, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| 519750618 | | 131 Union Street LLC, 131 Union St, Newark, NJ 07105-1346 |
| 519751159 | | Alexandre DeCosta, 80 Columbia Ave., Kearny, NJ 07032-2948 |
| 519730400 | | Arsenal Funding Corp., 8 W 36th St Fl 7, New York, NY 10018-9774 |
| 519730401 | # | Auction Credit Enterprises, LLC, 14951 Dallas Pkwy Ste 200, Dallas, TX 75254-6883 |
| 519730402 | # | Auction Credit, Inc., 14951 Dallas Pkwy Ste 200, Dallas, TX 75254-6883 |
| 519730403 | | Automotive Finance Corp. of NJ, 200 N Main St, Manville, NJ 08835-1357 |
| 519752588 | + | CFG MERCHANT SOLUTIONS, 8 South Main Street, PO Box 342, Marlboro, NJ 07746-0342 |
| 519730405 | | Dealer Capital Group, Inc., 67 Crystal St, Avenel, NJ 07001-1125 |
| 519750627 | + | Drew S. McGehrin, Esq., Duane Morris, LLP, 30 S 17th St, Philadelphia, PA 19103-4196 |
| 519750628 | | Ernesto Gonzalez, 361 S Broad St, Elizabeth, NJ 07202-3515 |
| 519730406 | # | Fox Business Funding, 1920 E Hallandale Beach Blvd Ste 503, Hallandale Beach, FL 33009-4723 |
| 519750631 | | Jaclyn Sage, Manager of Collections, 10333 N Meridian St Ste 400, Indianapolis, IN 46290-1112 |
| 519750632 | + | Jeremy M Dunn, Esq., Automotive Finance Corporation, 11299 N Illiniois St, Carmel, IN 46032-8887 |
| 519750633 | | Jersey Express, LLC, 23 Lake Dr, North Brunswick, NJ 08902-4828 |
| 519730408 | + | Lever Auto Financing, 287 Park Ave S Ste 700, New York, NY 10010-4573 |
| 519750637 | | Mark Politan, Esq., Politan Law, LLC, 88 E Main St # 502, Mendham, NJ 07945-1832 |
| 519750640 | | NJ Division Of Taxation, PO Box 283, Trenton, NJ 08646-0283 |
| 519750639 | | NJ Division of Motor Vehicles, Business Licensing Services Bureau PO, PO Box 170, Trenton, NJ 08666-0170 |
| 519750641 | + | Olympic Payroll Services, 64 US Highway 46, Pine Brook, NJ 07058-4401 |
| 519730411 | | Proventure Capital, 99 Wall St # 576, New York, NY 10005-4301 |
| 519791331 | + | River Capital Partners, LLC, 36 Airport Road, Ste. 204, Lakewood, NJ 08701-7034 |
| 519730412 | | River Capital Partners, LLC, 1 River Rd Ste 200, Cos Cob, CT 06807-2755 |
| 519750645 | | Santander Collections, 450 Penn St, Reading, PA 19602-1011 |
| 519750646 | | Shanna Kaminski, Esq., Kaminski Law PLLC, 160 W Fort St Fl 5, Detroit, MI 48226-3700 |
| 519791330 | + | Shanna M Kaminski, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 519851439 | | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519784663 | + | Vero Finance Technologies, Inc. d/b/a Lever Auto, Duane Morris LLP Attn: Drew S. McGehrin, 30 S. 17th Street, Philadelphia, PA 19103-4001 |
| 519750647 | | Vivianne C. Antunes, 80 Columbia Ave, Kearny, NJ 07032-2948 |
| 519730413 | | Westlake Flooring Services, Inc., 4751 Wilshire Blvd Ste 100, Los Angeles, CA 90010-3847 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

Case 22-17933-JKS    Doc 81    Filed 09/29/23    Entered 09/30/23 00:15:56    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: 148 | Total Noticed: 54 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Sep 27 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + Email/Text: atkinsappraisal@aol.com | Sep 27 2023 20:58:00 | A. Atkins Appraisal Corp,, 122 Clinton Road, Fairfiled, NJ 07004-2900 |
| cr | Email/Text: bankruptcy@autofinance.com | Sep 27 2023 20:58:00 | Automotive Finance Corporation, 11299 North Illinois Street, Carmel, IN 46032 |
| cr | EDI: IRS.COM | Sep 28 2023 00:41:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 519791071 | Email/Text: bankruptcy@autofinance.com | Sep 27 2023 20:58:00 | Automotive Finance Corporation, 11299 N. Illinois St., Carmel, IN 46032 |
| 519750619 | Email/PDF: bncnotices@becket-lee.com | Sep 27 2023 21:03:51 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519784028 | Email/PDF: bncnotices@becket-lee.com | Sep 27 2023 21:03:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519730404 | Email/Text: bankruptcy@deltabridgefunding.com | Sep 27 2023 20:58:00 | Cloudfund LLC, 400 Rella Blvd Ste 165-101, Suffern, NY 10901-4241 |
| 519750623 | EDI: CAPITALONE.COM | Sep 28 2023 00:41:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519769077 | + EDI: AIS.COM | Sep 28 2023 00:47:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519789477 | Email/Text: Bankruptcy@coxinc.com | Sep 27 2023 20:58:00 | Manheim Remarketing, Inc., 6205 Peachtree Dunwoody Rd, Atlanta, GA 30328, Atlanta, GA 30328 |
| 519750624 | EDI: JPMORGANCHASE | Sep 28 2023 00:41:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 519755860 | + Email/Text: RASEBN@raslg.com | Sep 27 2023 20:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519730407 | Email/Text: christina.bruno@kineticadvantage.com | Sep 27 2023 20:58:00 | Kinetic Advantage Inc., 10333 N Meridian St, Indianapolis, IN 46290-1150 |
| 519730409 | Email/Text: Bankruptcy@coxinc.com | Sep 27 2023 20:58:00 | Manheim NY Metro Skyline, Inc., 100 US Highway 46, Fairfield, NJ 07004-3217 |
| 519730410 | Email/Text: bankruptcy@discoverdsc.com | Sep 27 2023 20:58:00 | Nextgear Capital, Inc., 11799 N College Ave, Carmel, IN 46032-5605 |
| 519750644 | Email/Text: DeftBkr@santander.us | Sep 27 2023 20:59:00 | Santander Bank, Mail Code 10-421-CN2, PO Box 12646, Reading, PA 19612-2646 |
| 519744469 | + Email/Text: DeftBkr@santander.us | Sep 27 2023 20:59:00 | Santander Bank, N.A., 3 Huntington Quadrangle, Suite 101N, Melville, NY 11747-4623 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| cr | *+ | Westlake Flooring Services, 4751 Wilshire Blvd., Suite 100, Los Angeles, CA 90010-3847 |

| | | |
|---|---|---|
| 519750620 | * | Arsenal Funding Corp., 8 W 36th St Fl 7, New York, NY 10018-9774 |
| 519750621 | * | Auction Credit Enterprises, LLC, 14951 Dallas Pkwy Ste 200, Dallas, TX 75254-6883 |
| 519750622 | * | Automotive Finance Corp. of NJ, 200 N Main St, Manville, NJ 08835-1357 |
| 519750625 | *P++ | CLOUDFUND LLC, 400 RELLA BOULEVARD SUITE 165-101, SUFFERN NY 10901-4241, address filed with court:, Cloudfund LLC, 400 Rella Blvd Ste 165-101, Suffern, NY 10901-4241 |
| 519750626 | * | Dealer Capital Group, Inc., 67 Crystal St, Avenel, NJ 07001-1125 |
| 519758824 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519750629 | * | Fox Business Funding, 1920 E Hallandale Beach Blvd Ste 503, Hallandale Beach, FL 33009-4723 |
| 519750630 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 519750634 | * | Kinetic Advantage Inc., 10333 N Meridian St, Indianapolis, IN 46290-1150 |
| 519750635 | *+ | Lever Auto Financing, 287 Park Ave S Ste 700, New York, NY 10010-4573 |
| 519750636 | * | Manheim NY Metro Skyline, Inc., 100 US Highway 46, Fairfield, NJ 07004-3217 |
| 519750638 | * | Nextgear Capital, Inc., 11799 N College Ave, Carmel, IN 46032-5605 |
| 519750642 | * | Proventure Capital, 99 Wall St # 576, New York, NY 10005-4301 |
| 519750643 | * | River Capital Partners, LLC, 1 River Rd Ste 200, Cos Cob, CT 06807-2755 |
| 519750648 | * | Westlake Flooring Services, Inc., 4751 Wilshire Blvd Ste 100, Los Angeles, CA 90010-3847 |
| 519791332 | ##+ | Fox Capital Group, Inc., 1920 E. Hallandale Beach Blvd., Ste. 503, Hallandale Beach, FL 33009-4723 |

TOTAL: 0 Undeliverable, 17 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

**Name**    **Email Address**

Donna L. Thompson
  on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com

Drew S. McGehrin
  on behalf of Creditor Vero Finance Technologies  Inc. dsmcgehrin@duanemorris.com

Eamonn O'Hagan
  on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

John O'Boyle
  on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com
  sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John O'Boyle
  on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com
  sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

Joseph H. Lemkin
  on behalf of Creditor Auction Credit Enterprises  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
  on behalf of Creditor XL Funding  LLC dba Axle Funding, LLC fka Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Mark Politan
  on behalf of Trustee Mark Politan mpolitan@politanlaw.com

District/off: 0312-2 User: admin Page 4 of 4
Date Rcvd: Sep 27, 2023 Form ID: 148 Total Noticed: 54

Mark Politan
    mpolitan@politanlaw.com

Peter J. D'Auria
    on behalf of U.S. Trustee U.S. Trustee Peter.J.D'Auria@usdoj.gov

Regina Cohen
    on behalf of Creditor Westlake Flooring Company  LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com,
    mmalone@lavin-law.com

Regina Cohen
    on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com  mmalone@lavin-law.com

Steven D. Pertuz
    on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes pertuzlaw@verizon.net
    g16461@notify.cincompass.com;pertuz.stevenb130381@notify.bestcase.com

Steven D. Pertuz
    on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net
    g16461@notify.cincompass.com;pertuz.stevenb130381@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15