UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 AND 9
Peter J. D'Auria, Esq. (PD 3709)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

**Order Filed on September 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Alexandre Dacosta and Viviane Antunes, *et al.*[1],

Debtors.

Chapter 11

Case No. 22-18303(JKS)
(Jointly Administered)
Hearing Date: Sept. 26, 2023 at 10:00 a.m.

Judge: John K. Sherwood

## ORDER OF DISMISSAL OF BAV AUTO, LLC CASE

The relief set forth on the following page(s), numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: September 27, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The jointly administered Debtors are Alexandre Dacosta and Vivianne Antunes, having SSNs with the last four digits of 2325 and 0411, respectively, and BAV Auto, L.L.C., having a TIN with the last four digits 7479.

**(Page 2)**
Alexandre Dacosta and Viviane Antunes, *et al.*
Chapter 11 Case No.:  22-18303(JKS) (Jointly Administered)
**Order of Dismissal of BAV Auto, LLC Case**
_____

Upon consideration of the Motion of the United States Trustee by and through counsel, for an Order Converting the BAV Auto, LLC Case to Chapter 7, or Alternatively to Dismiss the Case, pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to the Individual Debtors, the Corporate Debtors, the Related Debtors' respective counsel, and parties in interest, and the Court having found cause for the entry of the within Order, and the Court having further found that entry of the within Order is in the best interest of creditors and the bankruptcy estate, it is hereby **ORDERED AS FOLLOWS**:

1. That the chapter 11 case of BAV Auto, LLC, case number 22-17933(JKS), is hereby DISMISSED and any discharge that was granted is vacated.  All outstanding fees to the Court that are due and owing must be paid within 7 days of the date of this Order.

2. That the filing of any and all outstanding monthly operating reports through the date of this Order shall be brought current within 30 days of the entry of this Order; the U.S. Trustee reserves all rights including but not limited to filing a motion to reopen the case and to convert the case to chapter 7.

3. That the Court shall retain jurisdiction of this Bankruptcy Case to hear and allow any and all applications for compensation by retained professionals and the subchapter v trustee, Mark Politan (the "Subchapter V Trustee").

**(Page 3)**
Alexandre Dacosta and Viviane Antunes, *et al.*
Chapter 11 Case No.:  22-18303(JKS) (Jointly Administered)
**Order of Dismissal of BAV Auto, LLC Case**
_____

      4.  That the appointment of the Subchapter V Trustee in the case of BAV Auto, LLC, case number 22-17933(JKS), is hereby terminated.

      Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-17933-JKS
BAV AUTO L.L.C.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Sep 27, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + BAV AUTO L.L.C., 80 Columbia Avenue, Kearny, NJ 07032-2948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donna L. Thompson | on behalf of Creditor Automotive Finance Corporation donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com |
| Drew S. McGehrin | on behalf of Creditor Vero Finance Technologies Inc. dsmcgehrin@duanemorris.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| John O'Boyle | on behalf of Debtor BAV AUTO L.L.C. joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com |
| John O'Boyle | on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb1 |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: pdf903 | Total Noticed: 1 |

    24931@notify.bestcase.com

Joseph H. Lemkin
    on behalf of Creditor XL Funding LLC dba Axle Funding, LLC fka Auction Credit Enterprises, LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Creditor Auction Credit Enterprises LLC jlemkin@stark-stark.com

Mark Politan
    mpolitan@politanlaw.com

Mark Politan
    on behalf of Trustee Mark Politan mpolitan@politanlaw.com

Peter J. D'Auria
    on behalf of U.S. Trustee U.S. Trustee Peter.J.D'Auria@usdoj.gov

Regina Cohen
    on behalf of Creditor Westlake Flooring Services rcohen@lavin-law.com  mmalone@lavin-law.com

Regina Cohen
    on behalf of Creditor Westlake Flooring Company LLC d/b/a Westlake Flooring Services rcohen@lavin-law.com, mmalone@lavin-law.com

Steven D. Pertuz
    on behalf of Debtor BAV AUTO L.L.C. pertuzlaw@verizon.net g16461@notify.cincompass.com;pertuz.stevenb130381@notify.bestcase.com

Steven D. Pertuz
    on behalf of Interested Party Alexandre Dacosta and Vivianne Antunes pertuzlaw@verizon.net g16461@notify.cincompass.com;pertuz.stevenb130381@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15