UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mark J. Politan
**POLITAN LAW, LLC**
88 East Main Street, #502
Mendham, New Jersey 07945
(973) 768-6072
mpolitan@politanlaw.com

*Subchapter V Trustee*

In Re:

BAV AUTO L.L.C.,

               Debtor.

Case Nos.: 22-17933 (JKS)

Subchapter V

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Mark J. Politan*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. The case was converted from Subchapter V on September 27, 2023 with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on February 22, 2023 the Court ordered compensation of $5,370.00 be awarded to the trustee. These funds have not yet been fully paid by the debtor to the trustee and only a portion of the award has been received. I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Date: October 2, 2023     By: */s/ Mark J. Politan*
                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(V)-NDR C**